UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| - v. - | : |
| ALL FUNDS HELD IN ACCOUNT NUMBER CH1408760000050335300 AT LOMBARD ODIER Darier Hentsch & CIE BANK, SWITZERLAND, ON BEHALF OF TAKILANT LIMITED, AND ANY PROPERTY TRACEABLE THERETO, | : : : : |
| ALL FUNDS UP TO AN AMOUNT TOTALING $198,919,748.00 HELD IN ACCOUNT NUMBER CH3408760000050982900 AT LOMBARD ODIER Darier Hentsch & CIE BANK, SWITZERLAND, ON BEHALF OF TOZIAN LIMITED, AND ANY PROPERTY TRACEABLE THERETO, and | Civil Action No. 16-CV-01257 |
| ALL FUNDS UP TO AN AMOUNT TOTALING $3,500,000.00 HELD IN ACCOUNT NUMBER CH2308657007007159821 AT UNION BANCAIRE PRIVEE, SWITZERLAND, ON BEHALF OF TOZIAN LIMITED, AND ANY PROPERTY TRACEABLE THERETO. | |
| Defendants *in rem*. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## DECLARATION OF PUBLICATION

I, HEATHER MCQUEEN, pursuant to Title 28, United States Code, Section 1746, hereby declare under penalty of perjury:

That I am a Paralegal in the office of the United States Department of Justice, Asset Forfeiture and Money Laundering Section;

That attached to this declaration are (1) a true and correct copy of the Notice of Civil Forfeiture in this action, and (2) a true and correct copy of an Advertisement Certification Report, indicating that the aforementioned notice was posted on an official government internet site (www.forfeiture.gov) for at least thirty (30) consecutive days, beginning on February 19, 2016, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and

That both of the documents were obtained from a Consolidated Asset Tracking System maintained by the Department of Justice.

Dated: Washington, D.C.
April 20, 2016

                                          */s/ Heather McQueen*_____
                                          HEATHER MCQUEEN
                                          Paralegal/Legal Assistant III