UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA, :

                    Plaintiff, :

                    - v. - :

ALL FUNDS HELD IN ACCOUNT NUMBER :
CH1408760000050335300 AT LOMBARD ODIER
DARIER HENTSCH & CIE BANK, :
SWITZERLAND, ON BEHALF OF TAKILANT
LIMITED, AND ANY PROPERTY TRACEABLE :
THERETO, ET AL.
                                                    :

                Defendants *in rem*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CLERK'S CERTIFICATION

16 Civ. 01257

        I, Ruby J. Krajick, Clerk of the United States District Court for the Southern District of New York, hereby certify that the docket entries in the above-captioned case indicate that the Verified Complaint herein was filed on February 18, 2016, and that proof of publication on the official government internet site (www.forfeiture.gov) was filed in the Clerk's Office on April 20, 2016. I further certify that the docket entries indicate that Gulnara Karimova, Alisher Ergashev, Rustam Madumarov, Gayane Avakyan, Bekhzod Akhmedov, Shokrukh Sabirov, Sodikjon Sokhibjonov, and the entities Takilant and Tozian have not filed a claim or answer to the Verified Complaint, and that the time for these entities and individuals to file a claim with respect to said Verified Complaint has expired. The default of Gulnara Karimova, Alisher Ergashev, Rustam Madumarov, Gayane Avakyan, Bekhzod Akhmedov, Shokrukh Sabirov, Sodikjon Sokhibjonov, and the entities Takilant and Tozian is hereby noted.

Dated: New York, New York
       April __ , 2016

                              RUBY J. KRAJICK
                              CLERK OF THE COURT


                              By: _____
                                  Deputy Clerk