# Exhibit C

 **FedEx Express** *International Air Waybill* For FedEx services worldwide.

/0022/0050/0011465272/0

**1 From** *Please print and press hard.*

Date 3/3/16   Sender's FedEx Account Number

Sender's Name  Jamie Ludwig   Phone 202-514-1263

Company USDOJ/ASSET FORF & MONEY LAUND

Address

Address 1400 NEW YORK AVE NW RM 10100

City WASHINGTON   State Province DC

Country US   ZIP Postal Code 200052107

**2 To**

Recipient's Name  Bekhzod Akhmedov   Phone

Company C/O: Ola Salomonsson

Address Kungsholm Torg 16, 4+r   Dept./Floor

Address

City Stockholm   State Province

Country Sweden   ZIP Postal Code 11 2 21

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required.

**3 Shipment Information**   For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages 1   Total 1   lbs. kg   in. cm
Shipper's Load and

**4 Express Package Service**   Packages up to 150 lbs./68 kg
For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill

☒ FedEx Intl. Priority   ☐ FedEx Intl. First Available to select locations.

☐ ☐ ☐   ☐ FedEx Intl. Economy FedEx Envelope and FedEx Pak rate not available.

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

**5 Packaging**   *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.

☒ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube

☐ Other _____   ☐ FedEx 10kg Box*   ☐ FedEx 25kg Box*

**6 Special Handling**

☐ HOLD at FedEx Location   ☐ SATURDAY Delivery Available to select locations for FedEx Intl. Priority only.

**7 Payment**   Complete payment options for both transportation charges and duties and taxes.

*Bill transportation charges to:*

Enter FedEx Acct. No. or Credit Card No. below.

☒ Sender Acct.No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash Check/Cheque FedEx Use Only

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

*Bill duties and taxes to:*   ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.

Enter FedEx Acct. No. below.

☒ Sender Acct.No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party

FedEx Acct. No.

**8 Your Internal Billing Reference**   First 24 characters will appear on invoice.

**9 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

*This is not authorized to deliver this shipment without a recipient signature.*

5LA



March 23, 2016

Dear Customer:

The following is the proof-of-delivery for tracking number **804850945997**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | E.MILI | Delivery location: | KUNGSHOLMSTORG 16 |
| | | | STOCKHOLM 11221 |
| Service type: | FedEx International Priority | Delivery date: | Mar 7, 2016 13:34 |
| Special Handling: | Deliver Weekday | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 804850945997 | Ship date: | Mar 3, 2016 |
| | | Weight: | 1.2 lbs/0.5 kg |

Recipient:
BEKHZOD AKHMEDOV
C/O: OLA SALOMONSSON
KUNGSHOLM TORG 16, 4TR
STOCKHOLM 11221 SE

Shipper:
JAMIE LUDWIG
USDOJ/ASSET FORF   MONEY LAUND
1400 NEW YORK AVE NW RM 10100
WASHINGTON, DC 200052107 US

Thank you for choosing FedEx.



**FedEx Express** International Air Waybill
For FedEx services worldwide.

/0040/0050/0011465272/2

**1 From** *Please print and press hard.*

Date 3/3/16   Sender's FedEx Account Number

Sender's Name Jamie Ludwig   Phone 202-514-1263

Company USDOJ/ASSET FORF & MONEY LAUND

Address

Address 1400 NEW YORK AVE NW RM 10100

City WASHINGTON   State Province DC

Country US   ZIP Postal Code 200052107

**2 To**

Recipient's Name Bekhzod Akhmedov   Phone

Company

Address Shayhontohurskiy District   Dept./Floor

Address 13 "A" A. Rahmat Street

City Tashkent   State Province

Country Uzbekistan   ZIP Postal Code

Recipient's Tax ID Number for Customs Purposes
e.g., RST/RFC/VAT/IN/EIN/ABN, or as locally required.

**3 Shipment Information**   ☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages 1   Total 1   lbs. kg   in. cm
Shipper's Load and

---

**4 Express Package Service**   *Packages up to 150 lbs./68 kg*
*For packages over 150 lbs./68 kg, use the FedEx Expanded Service Intl. Air Waybill.*

☒ FedEx Intl. Priority   ☐ FedEx Intl. First
*Available to select locations.*

☐ ___ ☐ FedEx Intl. Economy
*FedEx Envelope and FedEx Pak rate not available.*

**5 Packaging**   *These unique bronze boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

☒ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube
☐ Other ___ ☐ FedEx 10kg Box*   ☐ FedEx 25kg Box*

**6 Special Handling**

☐ HOLD at FedEx Location   ☐ SATURDAY Delivery
*Available to select locations for FedEx Intl. Priority only.*

**7 Payment**   *Complete payment options for both transportation charges and duties and taxes.*

*Bill transportation charges to:*

Enter FedEx Acct. No. or Credit Card No. below.

☒ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash Check/Cheque
*FedEx Use Only*

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

*Bill duties and taxes to:*   *ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.*

Enter FedEx Acct. No. below.

☒ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party

FedEx Acct. No.

**8 Your Internal Billing Reference**   *First 24 characters will appear on invoice.*

GENERAL

**9 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

*This is not authorization to deliver this shipment without a recipient signature.*

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

54A



March 23,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **804850946170**.

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Guard/Security Station |
| Signed for by: | security | Delivery location: | SHAYHONTOHURSHIY DISTRICT |
| | | | 13 "A" A. RAHMAT STREET |
| | | | TASHLIENT 524 |
| Service type: | FedEx International Priority | Delivery date: | Mar 9, 2016 17:00 |
| Special Handling: | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 804850946170 | Ship date: | Mar 3, 2016 |
| | | Weight: | 1.6 lbs/0.7 kg |

Recipient:
BEKHZOD AKHMEDOV
SHAYHONTOHURSHIY DISTRICT
13 "A" A. RAHMAT STREET
TASHLIENT 524 UZ

Shipper:
JAMIE LUDWIG
USDOJ/ASSET FORF   MONEY LAUND
1400 NEW YORK AVE NW RM 10100
WASHINGTON, DC 200052107 US

Thank you for choosing FedEx.

 **FedEx** **International Air Waybill** *For FedEx services worldwide.*

/0043/0050/0011465272/6

**1** **From** *Please print and press hard.*

Date 3/3/16   Sender's FedEx Account Numbe

Sender's Name Jamie Ludwig   Phone 202-514-1263

Company USDOJ/ASSET FORF & MONEY LAUND

Address

Address 1400 NEW YORK AVE NW RM 10100

City WASHINGTON   State Province DC

Country US   ZIP Postal Code 200052107

**2** **To**

Recipient's Name Alisher Ergashev   Phone

Company

Address Ulitsa Balcht, Dom 6   Dept./Floor

Address

City Tashkent   State Province

Country Uzbekistan   ZIP Postal Code

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required.

**3** **Shipment Information**   For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages 1   Total 1   lbs. kg   in. cm
Shipper's Load and

**4** **Express Package Service**   *Packages up to 150 lbs. / 68 kg*
*For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.*

☑ FedEx Intl. Priority   ☐ FedEx Intl. First *Available to select locations.*

☐ ____   ☐ FedEx Intl. Economy *FedEx Envelope and FedEx Pak rate not available.*

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

**5** **Packaging**   *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

☑ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube
☐ Other ____   ☐ FedEx 10kg Box*   ☐ FedEx 25kg Box*

**6** **Special Handling**

☐ HOLD at FedEx Location   ☐ SATURDAY Delivery *Available to select locations for FedEx Intl. Priority only.*

**7** **Payment**   *Complete payment options for both transportation charges and duties and taxes.*

*Bill transportation charges to:*

Enter FedEx Acct. No. or Credit Card No. below.

☑ Sender Acct.No.in Section 1 will be billed.   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash Check/Cheque *FedEx Use Only*

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

*Bill duties and taxes to:*   ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.

Enter FedEx Acct. No. below.

☑ Sender Acct.No.in Section 1 will be billed.   ☐ Recipient   ☐ Third Party

FedEx Acct. No.

**8** **Your Internal Billing Reference**   First 24 characters will appear on invoice.

**9** **Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. **WARNING:** These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

*This is not authorization to deliver this shipment without a recipient signature.*

5LA



March 23,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **804850946206**.

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | security | Delivery location: | ULITSA BAKHT, DOM 10 |
| | | | TASHHENT 524 |
| Service type: | FedEx International Priority | Delivery date: | Mar 9, 2016 17:00 |
| Special Handling: | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.
Please check again later for a signature.

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 804850946206 | Ship date: | Mar 3, 2016 |
| | | Weight: | 1.6 lbs/0.7 kg |

| **Recipient:** | **Shipper:** |
|---|---|
| ALISHER ERGASHEU | JAMIE LUDWIG |
| ULITSA BAKHT, DOM 10 | USDOJ/ASSET FORF   MONEY LAUND |
| TASHHENT 524 UZ | 1400 NEW YORK AVE NW RM 10100 |
| | WASHINGTON, DC 200052107 US |

Thank you for choosing FedEx.

 **FedEx Express** International Air Waybill — For FedEx services worldwide.

/0026/0050/0011465272/2

**1 From** *Please print and press hard.*

Date 03/03/16   Sender's FedEx Account Number

Sender's Name Jamie Ludwig   Phone 202-514-1263

Company USDOJ/ASSET FORF & MONEY LAUND

Address

Address 1400 NEW YORK AVE NW RM 10100

City WASHINGTON   State/Province DC

Country US   ZIP Postal Code 200052107

**2 To**

Recipient's Name Alisher Ergashev   Phone

Company C/O Gunnar Falk, Advokatfirman Falk, Sjöberg + Partners, AB

Address Box 3206   Dept./Floor

Address

City Stockholm   State/Province

Country Sweden   ZIP Postal Code 103 64

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/AN/EIN/ABN, or as locally required.

**3 Shipment Information**   For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages 1   Total 1   lbs. kg   in. cm

**4 Express Package Service**

Packages up to 150 lbs. / 68 kg
For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.

☒ FedEx Intl. Priority
☐ FedEx Intl. First — Available to select locations.
☐ FedEx Intl. Economy — FedEx Envelope and FedEx Pak rate not available.

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

**5 Packaging**

*These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.

☒ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube
☐ Other _____   ☐ FedEx 10kg Box*   ☐ FedEx 25kg Box*

**6 Special Handling**

☐ HOLD at FedEx Location   ☐ SATURDAY Delivery — Available to select locations for FedEx Intl. Priority only.

**7 Payment**   Complete payment options for both transportation charges and duties and taxes.

*Bill transportation charges to:*

— Enter FedEx Acct. No. or Credit Card No. below. —

☒ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check/Cheque — FedEx Use Only

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

*Bill duties and taxes to:*   ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.

— Enter FedEx Acct. No. below. —

☒ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party

FedEx Acct. No.

**8 Your Internal Billing Reference**   First 24 characters will appear on invoice.

**9 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

*This is not authorization to deliver this shipment without a recipient signature.*



March 23,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **804850946033**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | F.FILIPPA | Delivery location: | 71C DROTTNINGGATAN |
| | | | STOCKHOLM 10364 |
| Service type: | FedEx International Priority | Delivery date: | Mar 16, 2016 11:38 |
| Special Handling: | Deliver Weekday | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 804850946033 | Ship date: | Mar 3, 2016 |
| | | Weight: | 1.2 lbs/0.5 kg |

**Recipient:**
ALISHER ERGASHEV
C/O GUNNAR FALK, ADVOKATFIRMAN FAL
BOX 3206   PARTNERS, AB
STOCKHOLM 10364 SE

**Shipper:**
JAMIE LUDWIG
USDOJ/ASSET FORF   MONEY LAUND
1400 NEW YORK AVE NW RM 10100
WASHINGTON, DC 200052107 US

Thank you for choosing FedEx.



**FedEx Express**   For FedEx services worldwide.

# International Air Waybill

/0042/0050/0011465272/8

## 1 From *Please print and press hard.*

Date **3/3/16**

Sender's FedEx Account Number ▓▓▓▓▓▓▓

Sender's Name **Jamie Ludwig**    Phone **202-514-1263**

Company **USDOJ/ASSET FORF & MONEY LAUND**

Address

Address **1400 NEW YORK AVE NW RM 10100**

City **WASHINGTON**    State/Province **DC**

Country **US**    ZIP/Postal Code **200052107**

## 2 To

Recipient's Name **Alisher Ergashev**    Phone

Company

Address **s/s Mathabutova Bakht, 10**    Dept/Floor

Address **Kibraysky Rayon**

City **Tashkentskaya Oblast**    State/Province

Country **Uzbekistan**    ZIP/Postal Code

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required.

## 3 Shipment Information

For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages **1**    Total **1**    lbs. kg    in. cm
Shipper's Load and

## 4 Express Package Service

*Packages up to 150 lbs./68 kg*
*For packages over 150 lbs./68 kg, use the FedEx Expanded Service Intl. Air Waybill*

[X] FedEx Intl. Priority
[ ] FedEx Intl. First    *Available to select locations.*
[ ] FedEx Intl. Economy    *FedEx Envelope and FedEx Pak rate not available.*

**Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.**

## 5 Packaging

*These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

[X] FedEx Envelope    [ ] FedEx Pak    [ ] FedEx Box    [ ] FedEx Tube
[ ] Other ___    [ ] FedEx 10kg Box*    [ ] FedEx 25kg Box*

## 6 Special Handling

[ ] HOLD at FedEx Location    [ ] SATURDAY Delivery    *Available to select locations for FedEx Intl. Priority only.*

## 7 Payment

*Complete payment options for both transportation charges and duties and taxes.*

**Bill transportation charges to:**

Enter FedEx Acct. No. or Credit Card No. below.

[X] Sender Acct No. in Section 1 will be billed.    [ ] Recipient    [ ] Third Party    [ ] Credit Card    [ ] Cash Check/Cheque    *FedEx Use Only*

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

**Bill duties and taxes to:**    *ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.*

Enter FedEx Acct. No. below.

[X] Sender Acct No. in Section 1 will be billed.    [ ] Recipient    [ ] Third Party

FedEx Acct. No.

## 8 Your Internal Billing Reference

*First 24 characters will appear on invoice.*

## 9 Required Signature

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

*This is not authorization to deliver this shipment without a recipient signature.*

SLA



March 23,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **804850946191**.

---

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | security | **Delivery location:** | S/S MATHA BULOVA BAKHT, 10 |
| | | | KIBRAYSHY RAYON |
| | | | TASHHENTSKAYA OBLAST 524 |
| **Service type:** | FedEx International Priority | **Delivery date:** | Mar 9, 2016 17:00 |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.
Please check again later for a signature.

---

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 804850946191 | **Ship date:** | Mar 3, 2016 |
| | | **Weight:** | 1.6 lbs/0.7 kg |

**Recipient:**
ALISHER ERGASHEU
S/S MATHA BULOVA BAKHT, 10
KIBRAYSHY RAYON
TASHHENTSKAYA OBLAST 524 UZ

**Shipper:**
JAMIE LUDWIG
USDOJ/ASSET FORF    MONEY LAUND
1400 NEW YORK AVE NW RM 10100
WASHINGTON, DC 200052107 US

Thank you for choosing FedEx.

 **Express** *International Air Waybill*
For FedEx services worldwide.

/0041/0050/0011465272/0

**1 From** *Please print and press hard.*

Date 3/3/16    Sender's FedEx Account Number ▓▓▓▓▓▓▓▓

Sender's Name Jamie Ludwig    Phone 202-514-1263

Company USDOJ/ASSET FORF & MONEY LAUND

Address

Address 1400 NEW YORK AVE NW RM 10100

City WASHINGTON    State/Province DC

Country US    ZIP/Postal Code 200052107

**2 To**

Recipient's Name Alisher Ergashev    Phone

Company

Address Ul. Baht, S/S Mathabdlova    Dept./floor

Address Kibray 10

City Tashkent    State/Province

Country Uzbekistan    ZIP/Postal Code

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required.

**3 Shipment Information**    ☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages 1    Total 1    lbs. kg    in. cm

---

**4 Express Package Service**    *Packages up to 150 lbs./68 kg*
*For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill*

☒ FedEx Intl. Priority    ☐ FedEx Intl. First *Available to select locations.*

☐ ☐ ☐    ☐ FedEx Intl. Economy *FedEx Envelope and FedEx Pak rate not available.*

**5 Packaging**    *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

☒ FedEx Envelope    ☐ FedEx Pak    ☐ FedEx Box    ☐ FedEx Tube

☐ Other    ☐ FedEx 10kg Box*    ☐ FedEx 25kg Box*

**6 Special Handling**

☐ HOLD at FedEx Location    ☐ SATURDAY Delivery *Available to select locations for FedEx Intl. Priority only.*

**7 Payment**    *Complete payment options for both transportation charges and duties and taxes.*

*Bill transportation charges to:*

Enter FedEx Acct. No. or Credit Card No. below.

☒ Sender Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash Check/Cheque *FedEx Use Only*

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

*Bill duties and taxes to:*    *ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.*

Enter FedEx Acct. No. below.

☒ Sender Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party

FedEx Acct. No.

**8 Your Internal Billing Reference**    *First 24 characters will appear on invoice.*

**9 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

*This is not authorization to deliver this shipment without a recipient signature.*

**Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.**

CLD



March 23,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **804850946180**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | security | **Delivery location:** | UL. BAHT, S/S MATHABULOVA |
| | | | KIBLAY 10 |
| | | | TASHKENT 524 |
| **Service type:** | FedEx International Priority | **Delivery date:** | Mar 9, 2016 17:00 |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.
Please check again later for a signature.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 804850946180 | **Ship date:** | Mar 3, 2016 |
| | | **Weight:** | 1.6 lbs/0.7 kg |

**Recipient:**
ALISHEL ELGASHEV
UL. BAHT, S/S MATHABULOVA
KIBLAY 10
TASHKENT 524 UZ

**Shipper:**
JAMIE LUDWIG
USDOJ/ASSET FORF   MONEY LAUND
1400 NEW YORK AVE NW RM 10100
WASHINGTON, DC 200052107 US

Thank you for choosing FedEx.



**International Air Waybill**
For FedEx services worldwide.

/0034/0050/0011465272/5

**1  From** *Please print and press hard.*

Date 3/3/16    Sender's FedEx Account Number ▮▮▮▮▮

Sender's Name  Jamis Ludwig    Phone 202-514-1263

Company  USDOJ/ASSET FORF & MONEY LAUND

Address

Address  1400 NEW YORK AVE NW RM 10100

City  WASHINGTON    State/Province  DC

Country  US    ZIP/Postal Code  20005107

**2  To**

Recipient's Name  Alisher Ergashev    Phone

Company

Address  10 Baht Street

Address  Kilbray    Dept./Floor

City  Tashkent    State/Province

Country  Uzbekistan    ZIP/Postal Code

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required.

**3  Shipment Information**    ☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages  1    Total  1    lbs. kg    in. cm

---

**4  Express Package Service**    *Packages up to 150 lbs. / 68 kg*
For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.

☑ FedEx Intl. Priority    ☐ FedEx Intl. First  *Available to select locations.*

☐ FedEx Intl. Economy  *FedEx Envelope and FedEx Pak rate not available.*

*Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.*

**5  Packaging**    *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

☑ FedEx Envelope    ☐ FedEx Pak    ☐ FedEx Box    ☐ FedEx Tube

☐ Other _____    ☐ FedEx 10kg Box*    ☐ FedEx 25kg Box*

**6  Special Handling**

☐ HOLD at FedEx Location    ☐ SATURDAY Delivery  *Available to select locations for FedEx Intl. Priority only.*

**7  Payment**    *Complete payment options for both transportation charges and duties and taxes.*

Bill transportation charges to:
*Enter FedEx Acct. No. or Credit Card No. below.*

☑ Sender Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Check/Cheque  *FedEx Use Only*

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

Bill duties and taxes to:    *ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.*
*Enter FedEx Acct. No. below.*

☑ Sender Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party

FedEx Acct. No.

**8  Your Internal Billing Reference**    *First 24 characters will appear on invoice.*

**9  Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. **WARNING:** These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

*This is not authorization to deliver this shipment without a recipient signature.*

5LA



March 23,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **804850946114**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | security | **Delivery location:** | 10 BAKHT STREET |
| | | | KILBRAY |
| | | | TASHLIENT 524 |
| **Service type:** | FedEx International Priority | **Delivery date:** | Mar 9, 2016 17:00 |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.
Please check again later for a signature.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 804850946114 | **Ship date:** | Mar 3, 2016 |
| | | **Weight:** | 1.6 lbs/0.7 kg |

**Recipient:**                                        **Shipper:**
ALISHER ERGASHEU                         JAMIE LUDWIG
10 BAKHT STREET                            USDOJ/ASSET FORF   MONEY LAUND
KILBRAY                                            1400 NEW YORK AVE NW RM 10100
TASHLIENT 524 UZ                            WASHINGTON, DC 200052107 US

Thank you for choosing FedEx.



# FedEx Express    *International Air Waybill*    For FedEx services worldwide.

/0035/0050/0011465272/3

**1** From *Please print and press hard.*

Date 3/3/16

Sender's FedEx Account Number ▮▮▮▮

Sender's Name Jamie Ludwig    Phone 202-514-1263

Company USDOJ/ASSET FORF & MONEY LAUND

Address

Address 1400 NEW YORK AVE NW RM 10100

City WASHINGTON    State/Province DC

Country US    ZIP/Postal Code 200052107

**2** To

Recipient's Name Alisher Ergashev    Phone

Company

Address Baht Street 10

Address Matkobulovos Village, Kibray District

City Tashkent    State/Province

Country Uzbekistan    ZIP/Postal Code

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required.

**3** Shipment Information    ☑ For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages 1    Total 1    lbs. kg    in. cm

---

**4** Express Package Service    *Packages up to 150 lbs. / 68 kg* *For packages over 150 lbs. /68 kg), use the FedEx Expanded Service Intl. Air Waybill*

☑ FedEx Intl. Priority    ☐ FedEx Intl. First *Available to select locations.*

☐    ☐ FedEx Intl. Economy *FedEx Envelope and FedEx Pak rate not available.*

*Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.*

**5** Packaging    *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

☑ FedEx Envelope    ☐ FedEx Pak    ☐ FedEx Box    ☐ FedEx Tube
☐ Other    ☐ FedEx 10kg Box*    ☐ FedEx 25kg Box*

**6** Special Handling

☐ HOLD at FedEx Location    ☐ SATURDAY Delivery *Available to select locations for FedEx Intl. Priority only.*

**7** Payment    *Complete payment options for both transportation charges and duties and taxes.*

*Bill transportation charges to:* ── Enter FedEx Acct. No. or Credit Card No. below. ──

☑ Sender Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Check/Cheque *FedEx Use Only.*

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

*Bill duties and taxes to:* *ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.*
── Enter FedEx Acct. No. below. ──

☑ Sender Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party

FedEx Acct. No.

**8** Your Internal Billing Reference    *First 24 characters will appear on invoice.*

**9** Required Signature

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

*This is not authorization to deliver this shipment without a recipient signature.*

CL 0



March 23, 2016

Dear Customer:

The following is the proof-of-delivery for tracking number **804850946125**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | security | **Delivery location:** | BAHT STREET . 10 |
| | | | MATKOBULOVOS VILLAGE , KIBRAY DIST |
| | | | TASHLIENT 524 |
| **Service type:** | FedEx International Priority | **Delivery date:** | Mar 9, 2016 17:00 |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 804850946125 | **Ship date:** | Mar 3, 2016 |
| | | **Weight:** | 1.6 lbs/0.7 kg |

**Recipient:**
ALISHER ELGASHEU
BAHT STREET . 10
MATKOBULOVOS VILLAGE , KIBRAY DIST
TASHLIENT 524 UZ

**Shipper:**
JAMIE LUDWIG
USDOJ/ASSET FORF   MONEY LAUND
1400 NEW YORK AVE NW RM 10100
WASHINGTON, DC 200052107 US

Thank you for choosing FedEx.



**International Air Waybill**
For FedEx services worldwide.

/0038/0050/0011465272/7

**1**  **From** *Please print and press hard.*

Date  3/3/16

Sender's FedEx Account Number ▇▇▇▇▇▇▇

Sender's Name  Jamie Ludwig

Phone 202-514-1263

Company  USDOJ/ASSET FORF & MONEY LAUND

Address

Address  1400 NEW YORK AVE NW RM 10100

City  WASHINGTON

State Province  DC

Country  US

ZIP Postal Code  200052107

**2**  **To**

Recipient's Name  Gayane Avalyan

Phone

Company

Address  C-2, m. Ulukbekskiy R-N 12-16

*Dept/Floor*

Address

City  Tashkent

State Province

Country  Uzbekistan

ZIP Postal Code

Recipient's Tax ID Number for Customs Purposes
*e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required.*

**3**  **Shipment Information**    ☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages  1    Total  1    lbs.  kg    in.  cm

**4**  **Express Package Service**

*Packages up to 150 lbs. / 68 kg*
*For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl Air Waybill.*

☑ FedEx Intl. Priority

☐ FedEx Intl. First
*Available to select locations.*

☐

☐ FedEx Intl. Economy
*FedEx Envelope and FedEx Pak rate not available.*

**Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.**

**5**  **Packaging**

*These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

☑ FedEx Envelope    ☐ FedEx Pak    ☐ FedEx Box    ☐ FedEx Tube

☐ Other _____    ☐ FedEx 10kg Box*    ☐ FedEx 25kg Box*

**6**  **Special Handling**

☐ HOLD at FedEx Location    ☐ SATURDAY Delivery
*Available to select locations for FedEx Intl. Priority only.*

**7**  **Payment**

*Complete payment options for both transportation charges and duties and taxes.*

*Bill transportation charges to:*

— Enter FedEx Acct. No. or Credit Card No. below. —

☑ Sender Acct.No.in Section I will be billed.    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash Check/Cheque
*FedEx Use Only*

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

*Bill duties and taxes to:*  ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.

— Enter FedEx Acct. No. below. —

☑ Sender Acct. No. in Section I will be billed.    ☐ Recipient    ☐ Third Party

FedEx Acct. No.

**8**  **Your Internal Billing Reference**    First 24 characters will appear on invoice.

**9**  **Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

*This is not authorized to deliver this shipment without a recipient signature.*



March 23,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **804850946158**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Guard/Security Station |
| **Signed for by:** | security | **Delivery location:** | C - 2, M. ULUKBEKSKIY R - N 12 - 1 |
| | | | TASHKENT 524 |
| **Service type:** | FedEx International Priority | **Delivery date:** | Mar 9, 2016 17:00 |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.
Please check again later for a signature.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 804850946158 | **Ship date:** | Mar 3, 2016 |
| | | **Weight:** | 1.5 lbs/0.7 kg |

**Recipient:**
BAYANE AVALIYAN
C - 2, M. ULUKBEKSKIY R - N 12 - 1
TASHKENT 524 UZ

**Shipper:**
JAMIE LUDWIG
USDOJ/ASSET FORF   MONEY LAUND
1400 NEW YORK AVE NW RM 10100
WASHINGTON, DC 200052107 US

Thank you for choosing FedEx.

 **Express** *International Air Waybill* For FedEx services worldwide.

/0036/0050/0011465272/1

**1  From** *Please print and press hard.*

Date 3/3/16  Sender's FedEx Account Number ▮▮▮▮▮▮▮▮

Sender's Name **Jamie Ludwig**  Phone 202-514-1263

Company **USDOJ/ASSET FORF & MONEY LAUND**

Address

Address **1400 NEW YORK AVE NW RM 10100**

City **WASHINGTON**   State/Province **DC**

Country **US**   ZIP/Postal Code **200052107**

**2  To**

Recipient's Name **Gayane Avakyan**   Phone

Company

Address **25 Street Kunarwa**   Dept./Floor

Address

City **Tashkent**   State/Province

Country **Uzbekistan**   ZIP/Postal Code **700015**

Recipient's Tax ID Number for Customs Purposes
e.g. GST/RFC/VAT/AN/EIN/ABN, or as locally required.

**3  Shipment Information**   For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages 1   Total 1   lbs. kg   in. cm

---

**4  Express Package Service**   *Packages up to 150 lbs./68 kg For packages over 150 lbs. (68 kg), use the FedEx Expanded Service (ltd. Air Waybill).*

☒ FedEx Intl. Priority   ☐ FedEx Intl. First *Available to select locations.*

☐ ☐ ☐   ☐ FedEx Intl. Economy *FedEx Envelope and FedEx Pak rate not available.*

**5  Packaging**   *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

☒ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube

☐ Other _____   ☐ FedEx 10kg Box*   ☐ FedEx 25kg Box*

**6  Special Handling**

☐ HOLD at FedEx Location   ☐ SATURDAY Delivery *Available to select locations for FedEx Intl. Priority only.*

**7  Payment**   *Complete payment options for both transportation charges and duties and taxes.*

Bill transportation charges to:   Enter FedEx Acct. No. or Credit Card No. below.

☒ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash Check/Cheque *FedEx Use Only*

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

Bill duties and taxes to:   *ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.*   Enter FedEx Acct. No. below.

☒ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party

FedEx Acct. No.

**8  Your Internal Billing Reference**   *First 24 characters will appear on invoice.*

**9  Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

*This is not authorization to deliver this shipment without a recipient signature.*

**Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.**

5LA



March 23, 2016

Dear Customer:

The following is the proof-of-delivery for tracking number **804850946136**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | security | **Delivery location:** | 25 STREET KUNAEVA |
| | | | TASHLIENT 700015 |
| **Service type:** | FedEx International Priority | **Delivery date:** | Mar 9, 2016 17:00 |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 804850946136 | **Ship date:** | Mar 3, 2016 |
| | | **Weight:** | 1.6 lbs/0.7 kg |

**Recipient:**
BAYANE AVALIYAN
25 STREET KUNAEVA
TASHLIENT 700015 UZ

**Shipper:**
JAMIE LUDWIG
USDOJ/ASSET FORF   MONEY LAUND
1400 NEW YORK AVE NW RM 10100
WASHINGTON, DC 200052107 US

Thank you for choosing FedEx.



**FedEx** Express   *International Air Waybill*   For FedEx services worldwide.

/0037/0050/0011465272/9

**1  From** *Please print and press hard.*

Date  3/3/16

Sender's FedEx Account Number

Sender's Name  Jamie Ludwig

Phone  202-514-1263

Company  USDOJ/ASSET FORF & MONEY LAUND

Address

Address  1400 NEW YORK AVE NW RM 10100

City  WASHINGTON

State Province  DC

Country  US

ZIP Postal Code  200052107

**2  To**

Recipient's Name  Gayane Avagyan

Phone

Company

Address  Apt. 10, 12 District C2

Dept./Floor

Address

City  Tashkent

State Province

Country  Uzbekistan

ZIP Postal Code

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/AN/EIN/ABN, or as locally required.

**3  Shipment Information**   ☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages  1   Total  1   lbs. kg   in. cm

**4  Express Package Service**

*Packages up to 150 lbs. / 68 kg*
For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.

☒ FedEx Intl. Priority   ☐ FedEx Intl. First  *Available to select locations.*

☐ _____   ☐ FedEx Intl. Economy  FedEx Envelope and FedEx Pak rate not available.

**5  Packaging**   *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

☒ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube

☐ Other _____   ☐ FedEx 10kg Box*   ☐ FedEx 25kg Box*

**6  Special Handling**

☐ HOLD at FedEx Location   ☐ SATURDAY Delivery  *Available to select locations for FedEx Intl. Priority only.*

**7  Payment**   *Complete payment options for both transportation charges and duties and taxes.*

*Bill transportation charges to:*

— Enter FedEx Acct. No. or Credit Card No. below. —

☒ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash Check/Cheque  *FedEx Use Only*

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

*Bill duties and taxes to:*   ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.

— Enter FedEx Acct. No. below. —

☒ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party

FedEx Acct. No.

**8  Your Internal Billing Reference**   *first 24 characters will appear on invoice.*

**9  Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. **WARNING:** These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

*This is not authorization to deliver this shipment without a recipient signature.*

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.



March 23,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **804850946147**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | security | **Delivery location:** | APT.16, 12 DISTRICT C2 |
| | | | TASHKENT 524 |
| **Service type:** | FedEx International Priority | **Delivery date:** | Mar 9, 2016 17:00 |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.
Please check again later for a signature.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 804850946147 | **Ship date:** | Mar 3, 2016 |
| | | **Weight:** | 1.6 lbs/0.7 kg |

**Recipient:**
GAYANE AVALIYAN
APT.16, 12 DISTRICT C2
TASHKENT 524 UZ

**Shipper:**
JAMIE LUDWIG
USDOJ/ASSET FORF   MONEY LAUND
1400 NEW YORK AVE NW RM 10100
WASHINGTON, DC 200052107 US

Thank you for choosing FedEx.



**FedEx Express** **International Air Waybill** For FedEx services worldwide.

/0030/0050/0011465272/3

**1 From** *Please print and press hard.*

Date 3/3/16    Sender's FedEx Account Number ▓▓▓▓▓

Sender's Name   Jamie Ludwig    Phone 202-514-1263

Company USDOJ/ASSET FORF & MONEY LAUND

Address

Address 1400 NEW YORK AVE NW RM 10100

City WASHINGTON    State Province DC

Country US    ZIP Postal Code 200052107

**2 To**

Recipient's Name   Gulnara Karimova    Phone

Company

Address Gogolya Ulitsa 77-A    Dept./Floor

Address

City Tashkent    State Province

Country Uzbekistan    ZIP Postal Code

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required.

**3 Shipment Information**   ☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages 1    Total 1    lbs. kg    in. cm

**4 Express Package Service**   *Packages up to 150 lbs. / 68 kg* For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.

☑ FedEx Intl. Priority   ☐ FedEx Intl. First Available to select locations.

☐    ☐ FedEx Intl. Economy FedEx Envelope and FedEx Pak rate not available.

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

**5 Packaging**   *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

☑ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube

☐ Other    ☐ FedEx 10kg Box*   ☐ FedEx 25kg Box*

**6 Special Handling**

☐ HOLD at FedEx Location   ☐ SATURDAY Delivery Available to select locations for FedEx Intl. Priority only.

**7 Payment**   Complete payment options for both transportation charges and duties and taxes.

*Bill transportation charges to:*
— Enter FedEx Acct. No. or Credit Card No. below. —

☑ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash Check/Cheque FedEx Use Only

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

*Bill duties and taxes to:*   ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.
— Enter FedEx Acct. No. below. —

☑ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party

FedEx Acct. No.

**8 Your Internal Billing Reference**   First 24 characters will appear on invoice.

**9 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature: _____

*This is not authorization to deliver this shipment without a recipient signature.*

5 L A



March 23,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **804850946077**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Guard/Security Station |
| **Signed for by:** | security | **Delivery location:** | GOLOLYA ULFISA 77A |
| | | | TASHHEAT 524 |
| **Service type:** | FedEx International Priority | **Delivery date:** | Mar 9, 2016 17:00 |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.
Please check again later for a signature.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 804850946077 | **Ship date:** | Mar 3, 2016 |
| | | **Weight:** | 2.0 lbs/0.9 kg |

**Recipient:**
GULNARA KARIMOVA
GOLOLYA ULFISA 77A
TASHHEAT 524 UZ

**Shipper:**
JAMIE LUDWIG
USDOJ/ASSET FORF    MONEY LAUND
1400 NEW YORK AVE NW RM 10100
WASHINGTON, DC 200052107 US

Thank you for choosing FedEx.



**FedEx Express** **International Air Waybill** For FedEx services worldwide.

/0039/0050/0011465272/5

**1  From** *Please print and press hard.*

Date **3/3/16**

Sender's FedEx Account Number ▬▬▬▬▬

Sender's Name **Jamie Ludwig**    Phone **202-514-1263**

Company **USDOJ/ASSET FORF & MONEY LAUND**

Address

Address **1400 NEW YORK AVE NW RM 10100**

City **WASHINGTON**    State/Province **DC**

Country **US**    ZIP/Postal Code **200052107**

**2  To**

Recipient's Name **Gulnara Karimova**    Phone

Company

Address **Ya Gulyamova Street 77**    Dept./Floor

Address

City **Tashkent**    State/Province

Country **Uzbekistan**    ZIP/Postal Code

Recipient's Tax ID Number for Customs Purposes
*e.g., GST/RFC/VAT/AN/EIN/ABN, or as locally required.*

**3  Shipment Information**    ☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages **1**    Total **1**    lbs. kg    ☐ ☐ in. cm

**4  Express Package Service**    *Packages up to 150 lbs./68 kg*
*For packages over 150 lbs./68 kg, use the FedEx Expanded Service Intl. Air Waybill.*

☑ FedEx Intl. Priority    ☐ FedEx Intl. First  *Available to select locations.*

☐    ☐ FedEx Intl. Economy  *FedEx Envelope and FedEx Pak rate not available.*

*Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.*

**5  Packaging**    *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

☑ FedEx Envelope    ☐ FedEx Pak    ☐ FedEx Box    ☐ FedEx Tube

☐ Other    ☐ FedEx 10kg Box*    ☐ FedEx 25kg Box*

**6  Special Handling**

☐ HOLD at FedEx Location    ☐ SATURDAY Delivery  *Available to select locations for FedEx Intl. Priority only.*

**7  Payment**    *Complete payment options for both transportation charges and duties and taxes.*

*Bill transportation charges to:*    *Enter FedEx Acct. No. or Credit Card No. below.*

☑ Sender Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Check/Cheque *FedEx Use Only*

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

*Bill duties and taxes to:*    *ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.*

*Enter FedEx Acct. No. below.*

☑ Sender Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party

FedEx Acct. No.

**8  Your Internal Billing Reference**    *First 24 characters will appear on invoice.*

**9  Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

*This is not authorization to deliver this shipment without a recipient signature.*

CLA



March 23,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **804850946169**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | security | **Delivery location:** | YA GULYAMOVA STREET 77 |
| | | | TASHKENT 524 |
| **Service type:** | FedEx International Priority | **Delivery date:** | Mar 9, 2016 17:00 |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 804850946169 | **Ship date:** | Mar 3, 2016 |
| | | **Weight:** | 1.6 lbs/0.7 kg |

**Recipient:**
GULNARA KARIMOVA
YA GULYAMOVA STREET 77
TASHKENT 524 UZ

**Shipper:**
JAMIE LUDWIG
USDOJ/ASSET FORF   MONEY LAUND
1400 NEW YORK AVE NW RM 10100
WASHINGTON, DC 200052107 US

Thank you for choosing FedEx.



**FedEx Express** — *International Air Waybill*  For FedEx services worldwide.

/0025/0050/0011465272/4

**1  From**  *Please print and press hard.*

Date 3/3/16   Sender's FedEx Account Number ▓▓▓▓▓▓

Sender's Name  Jamie Ludwig   Phone 202-514-1263

Company  USDOJ/ASSET FORF & MONEY LAUND

Address

Address  1400 NEW YORK AVE NW RM 10100

City  WASHINGTON   State Province  DC

Country  US   ZIP Postal Code  200052107

**2  To**

Recipient's Name  Gulnara Karimova   Phone

Company

Address  Yahyo Gulyamova Str 77a   Dept/Floor

Address

City  Tashkent   State Province

Country  Uzbekistan   ZIP Postal Code

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/RN/EIN/ABN, or as locally required.

**3  Shipment Information**   For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages  1   Total  1   lbs. kg   in. cm

**4  Express Package Service**

*Packages up to 150 lbs./68 kg. For packages over 150 lbs. 68 kg), use the FedEx Expanded Service Intl. Air Waybill.*

[X] FedEx Intl. Priority   [ ] FedEx Intl. First   *Available to select locations*

[ ] FedEx Intl. Economy   *FedEx Envelope and FedEx Pak rate not available.*

**5  Packaging**   *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

[X] FedEx Envelope   [ ] FedEx Pak   [ ] FedEx Box   [ ] FedEx Tube

[ ] Other _____   [ ] FedEx 10kg Box*   [ ] FedEx 25kg Box*

**6  Special Handling**

[ ] HOLD at FedEx Location   [ ] SATURDAY Delivery   *Available to select locations for FedEx Intl. Priority only.*

**7  Payment**   *Complete payment options for both transportation charges and duties and taxes.*

Bill transportation charges to:

Enter FedEx Acct. No. or Credit Card No. below.

[X] Sender Acct. No. in Section 1 will be billed.   [ ] Recipient   [ ] Third Party   [ ] Credit Card   [ ] Cash Check/Cheque *FedEx Use Only*

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

Bill duties and taxes to:   *ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.*

Enter FedEx Acct. No. below.

[X] Sender Acct. No. in Section 1 will be billed.   [ ] Recipient   [ ] Third Party

FedEx Acct. No.

**8  Your Internal Billing Reference**   First 24 characters will appear on invoice.

**9  Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. **WARNING:** These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

*This is not authorization to deliver this shipment without a recipient signature.*

**Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.**

5LA



March 23,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **804850946022**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | security | **Delivery location:** | YAHYO GOLYAMOVA STR 77A |
| | | | TASHKENT |
| **Service type:** | FedEx International Priority | **Delivery date:** | Mar 9, 2016 17:00 |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.
Please check again later for a signature.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 804850946022 | **Ship date:** | Mar 3, 2016 |
| | | **Weight:** | 1.6 lbs/0.7 kg |

**Recipient:**
GULNARA KARIMOVA
YAHYO GOLYAMOVA STR 77A
TASHKENT UZ

**Shipper:**
JAMIE LUD I IG
USDOJ/ASSET FORF   MONEY LAUND
1400 NEW YORK AVE NW RM 10100
WASHINGTON, DC 200052107 US

Thank you for choosing FedEx.



**International Air Waybill**
For FedEx services worldwide.

**/0047/0050/0011465272/8**

**1  From** *Please print and press hard.*

Date  3/3/16          Sender's FedEx Account Number

Sender's Name  Jamie Ludwig          Phone  202-574-1263

Company  USDOJ/ASSET FORF & MONEY LAUND

Address

Address  1400 NEW YORK AVE NW RM 10100

City  WASHINGTON          State/Province  DC

Country  US          ZIP Postal Code  200052107

**2  To**

Recipient's Name  Rustam Madumarov          Phone

Company

Address  Yunusabadskiy District          Dept./Floor

Address  m.28 Ynus-Abad-11, apt. 6

City  Tashkent          State/Province

Country  Uzbekistan          ZIP Postal Code

Recipient's Tax ID Number for Customs Purposes
e.g., GST/HIC/VAT/IN/EIN/ABN, or as locally required.

**3  Shipment Information**          For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages  1          Total  1          lbs.  kg          in.  cm

**4  Express Package Service**          *Packages up to 150 lbs. / 68 kg*
*For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.*

**Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.**

[X] FedEx Intl. Priority          FedEx Intl. First
*Available to select locations.*

[ ] _____          [ ] FedEx Intl. Economy
*FedEx Envelope and FedEx Pak rate not available.*

**5  Packaging**          *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

[X] FedEx Envelope          [ ] FedEx Pak          [ ] FedEx Box          [ ] FedEx Tube

[ ] Other _____          [ ] FedEx 10kg Box*          [ ] FedEx 25kg Box*

**6  Special Handling**

[ ] HOLD at FedEx Location          [ ] SATURDAY Delivery
*Available to select locations for FedEx Intl. Priority only.*

**7  Payment**          *Complete payment options for both transportation charges and duties and taxes.*

Bill transportation charges to:          *Enter FedEx Acct. No. or Credit Card No. below.*

[X] Sender Acct. No. in Section 1 will be billed.          [ ] Recipient          [ ] Third Party          [ ] Credit Card          [ ] Cash Check/Cheque  *FedEx Use Only*

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

Bill duties and taxes to:          *ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.*

*Enter FedEx Acct. No. below.*

[X] Sender Acct. No. in Section 1 will be billed.          [ ] Recipient          [ ] Third Party

FedEx Acct. No.

**8  Your Internal Billing Reference**          *First 24 characters will appear on invoice.*

**9  Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

*This is not authorization to deliver this shipment without a recipient signature.*

CLA



March 23,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **804850946240**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | security | **Delivery location:** | YUNUSABADSHIY DISTRICT |
| | | | M. 28 YNUS-ABAD-11, APT. 6 |
| | | | TASHUENR |
| **Service type:** | FedEx International Priority | **Delivery date:** | Mar 9, 2016 17:00 |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.
Please check again later for a signature.

---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 804850946240 | **Ship date:** | Mar 3, 2016 |
| | | **Weight:** | 1.6 lbs/0.7 kg |

**Recipient:**
ROSSAM MADUMACOU
YUNUSABADSHIY DISTRICT
M. 28 YNUS-ABAD-11, APT. 6
TASHUENR UZ

**Shipper:**
JAMIE LUDWIG
USDOJ/ASSET FORF   MONEY LAUND
1400 NEW YORK AVE NW RM 10100
WASHINGTON, DC 200052107 US

Thank you for choosing FedEx.



**FedEx Express** International Air Waybill  For FedEx services worldwide.

/0031/0050/0011465272/1

**1  From** *Please print and press hard.*

Date 3/3/16   Sender's FedEx Account Number

Sender's Name  Jamie Ludwig   Phone 202-574-1263

Company  USDOJ/ASSET FORF & MONEY LAUND

Address

Address  1400 NEW YORK AVE NW RM 10100

City WASHINGTON   State Province DC

Country US   ZIP Postal Code 200052107

**2  To**

Recipient's Name  Rustam Madumarov   Phone

Company

Address OF. Apt. 6  28 District 11   Dept./Floor

Address Unus-Abat

City Tashkent   State Province

Country Uzbekistan   ZIP Postal Code

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required.

**3  Shipment Information**   For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages 1   Total 1   lbs. kg   in. cm
Shipper's Load and

**4  Express Package Service**   *Packages up to 150 lbs. / 68 kg*
*For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill*

☑ FedEx Intl. Priority   ☐ FedEx Intl. First *Available to select locations.*

☐ FedEx Intl. Economy *FedEx Envelope and FedEx Pak rate not available.*

*Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.*

**5  Packaging**   *\*These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

☑ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube

☐ Other_____   ☐ FedEx 10kg Box*   ☐ FedEx 25kg Box*

**6  Special Handling**

☐ HOLD at FedEx Location   ☐ SATURDAY Delivery *Available to select locations for FedEx Intl. Priority only.*

**7  Payment**   *Complete payment options for both transportation charges and duties and taxes.*

*Bill transportation charges to:*

Enter FedEx Acct. No. or Credit Card No. below.

☑ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash Check/Cheque *FedEx Use Only*

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

*Bill duties and taxes to:*   ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.

Enter FedEx Acct. No. below.

☑ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party

FedEx Acct. No.

**8  Your Internal Billing Reference**   *First 24 characters will appear on invoice.*

**9  Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. **WARNING:** These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

*This is not authorization to deliver this shipment without a recipient signature.*

5LA



March 23,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **804850946088**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Guard/Security Station |
| **Signed for by:** | security | **Delivery location:** | DF. APT. 6 28 DISTRICT 11 |
| | | | UNUS-ABAT |
| | | | TASHUENT |
| **Service type:** | FedEx International Priority | **Delivery date:** | Mar 9, 2016 17:00 |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.
Please check again later for a signature.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 804850946088 | **Ship date:** | Mar 3, 2016 |
| | | **Weight:** | 1.6 lbs/0.7 kg |

**Recipient:**
RUSTAM MADUMA I V
DF. APT. 6 28 DISTRICT 11
UNUS-ABAT
TASHUENT UZ

**Shipper:**
JAMIE LODWIG
USDOJ/ASSET FORF   MONEY LAUND
1400 NEW YORK AVE NW RM 10100
WASHINGTON, DC 200052107 US

Thank you for choosing FedEx.



**FedEx** Express

*International Air Waybill*
For FedEx services worldwide.

/0048/0050/0011465272/6

**1**  **From** *Please print and press hard.*

Date 5/3/16  Sender's FedEx Account Number ▮▮▮▮▮

Sender's Name  Jamir Ludwig  Phone 202-514-1263

Company USDOJ/ASSET FORF & MONEY LAUND

Address

Address 1400 NEW YORK AVE NW RM 10100

City WASHINGTON  State Province DC

Country US  ZIP Postal Code 200052107

**2**  **To**

Recipient's Name  Rustam Madumarov  Phone

Company

Address Apartment 6, House 28, Block 11  Dept./Floor

Address Yunusabad District

City Tashkent City  State Province

Country Uzbekistan  ZIP Postal Code

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required.

**3**  **Shipment Information**   ☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages 1  Total 1  lbs. kg  in. cm

**4**  **Express Package Service**  *Packages up to 150 lbs./68 kg*
*For packages over 150 lbs. (68 kg), use the FedEx Expanded Service lstl. Air Waybill.*

**Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.**

☒ FedEx Intl. Priority   ☐ FedEx Intl. First
*Available to select locations.*

☐ FedEx Intl. Economy
*FedEx Envelope and FedEx Pak rate not available.*

**5**  **Packaging**  *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

☒ FedEx Envelope  ☐ FedEx Pak  ☐ FedEx Box  ☐ FedEx Tube

☐ Other _____  ☐ FedEx 10kg Box*  ☐ FedEx 25kg Box*

**6**  **Special Handling**

☐ HOLD at FedEx Location  ☐ SATURDAY Delivery
*Available to select locations for FedEx Intl. Priority only.*

**7**  **Payment**  *Complete payment options for both transportation charges and duties and taxes.*

Bill transportation charges to:  *Enter FedEx Acct. No. or Credit Card No. below.*

☒ Sender Acct. No. in Section 1 will be billed.  ☐ Recipient  ☐ Third Party  ☐ Credit Card  ☐ Cash Check/Cheque *FedEx Use Only*

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

Bill duties and taxes to:  *ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.*

*Enter FedEx Acct. No. below.*

☒ Sender Acct. No. in Section 1 will be billed.  ☐ Recipient  ☐ Third Party

FedEx Acct. No.

**8**  **Your Internal Billing Reference**  *First 24 characters will appear on invoice.*

**9**  **Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

*This is not authorization to deliver this shipment without a recipient signature.*

ⒾⒸⓁⒶ



March 23,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **804850946250**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Guard/Security Station |
| **Signed for by:** | security | **Delivery location:** | APARTMENT 6, HOUSE 28 BLOCK 11 |
| | | | YUNUSABAD DISTRICT |
| | | | TASHUZAT CITY 524 |
| **Service type:** | FedEx International Priority | **Delivery date:** | Mar 9, 2016 17:00 |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.
Please check again later for a signature.

---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 804850946250 | **Ship date:** | Mar 3, 2016 |
| | | **Weight:** | 1.6 lbs/0.7 kg |

**Recipient:**
RUSTAM MADUMOROV
APARTMENT 6, HOUSE 28 BLOCK 11
YUNUSABAD DISTRICT
TASHUZAT CITY 524 UZ

**Shipper:**
JAMIE LUDWIG
USDOJ/ASSET FORF   MONEY LAUND
1400 NEW YORK AVE NW RM 10100
WASHINGTON, DC 200052107 US

Thank you for choosing FedEx.

 **FedEx** Express   **International Air Waybill**
For FedEx services worldwide.

/0032/0050/0011465272/9

**1** **From** *Please print and press hard.*

Date **3/3/16**   Sender's FedEx Account Number ▓▓▓▓▓▓

Sender's Name **Jamie Ludwig**   Phone **202-514-1263**

Company **USDOJ/ASSET FORF & MONEY LAUND**

Address

Address **1400 NEW YORK AVE NW RM 10100**

City **WASHINGTON**   State Province **DC**

Country **US**   ZIP Postal Code **200052107**

**2** **To**
Recipient's Name **Shokrukh Sabirov**   Phone

Company

Address **6 Abdurashidova Street**   Dept/Floor

Address **Yunusabad District**

City **Tashkent City**   State Province

Country **Uzbekistan**   ZIP Postal Code

Recipient's Tax ID Number for Customs Purposes
*e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required.*

**3** **Shipment Information**   ☐ For EU Only. Tick here if goods are not in free circulation and provide C.I.

Total Packages **1**   Total **1**   ☐ lbs. ☑ kg   ☐ in. ☑ cm

**4** **Express Package Service**   *Packages up to 150 lbs./68 kg*
*For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.*

☑ FedEx Intl. Priority   ☐ FedEx Intl. First *Available to select locations.*

☐   ☐ FedEx Intl. Economy *FedEx Envelope and FedEx Pak rate not available.*

**5** **Packaging**   *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

☑ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube

☐ Other   ☐ FedEx 10kg Box*   ☐ FedEx 25kg Box*

**6** **Special Handling**

☐ HOLD at FedEx Location   ☐ SATURDAY Delivery *Available to select locations for FedEx Intl. Priority only.*

**7** **Payment**   *Complete payment options for both transportation charges and duties and taxes.*
Bill transportation charges to:

— Enter FedEx Acct. No. or Credit Card No. below. —

☑ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash Check/Cheque *FedEx Use Only*

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

Bill duties and taxes to:   *ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.*

— Enter FedEx Acct. No. below. —

☑ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party

FedEx Acct. No.

**8** **Your Internal Billing Reference**   *First 24 characters will appear on invoice.*

**9** **Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

*This is not authorization to deliver this shipment without a recipient signature.*

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

☐ L ☐



March 23,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **804850946099**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | security | **Delivery location:** | 6 ABDULASHIDOVA STREET |
| | | | YUNUSABAD DISTRICT |
| | | | TASHKENT CITY |
| **Service type:** | FedEx International Priority | **Delivery date:** | Mar 9, 2016 17:00 |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.
Please check again later for a signature.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 804850946099 | **Ship date:** | Mar 3, 2016 |
| | | **Weight:** | 1.6 lbs/0.7 kg |

**Recipient:**
SHOKRUKH SABIROV
6 ABDULASHIDOVA STREET
YUNUSABAD DISTRICT
TASHKENT CITY UZ

**Shipper:**
JAMIE LUDWIG
USDOJ/ASSET FORF   MONEY LAUND
1400 NEW YORK AVE NW RM 10100
WASHINGTON, DC 200052107 US

Thank you for choosing FedEx.

 **FedEx** Express **International Air Waybill** For FedEx services worldwide.

/0046/0050/0011465272/0

**1 From** *Please print and press hard.*

Date 3/3/16     Sender's FedEx Account Number ▮▮▮▮▮▮

Sender's Name Jamie Ludwig     Phone 202-514-1263

Company USDOJ/ASSET FORF & MONEY LAUND

Address

Address 1400 NEW YORK AVE NW RM 10100

City WASHINGTON     State Province DC

Country US     ZIP Postal Code 200052107

**2 To**

Recipient's Name Shokrukh Sabirov     Phone

Company

Address Parda Tursun Ulitsa, Dom 19     Dept./Floor

Address

City Tashkent     State Province

Country Uzbekistan     ZIP Postal Code 100105

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required.

**3 Shipment Information**     ☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages 1     Total 1     lbs. kg     in. cm

**4 Express Package Service**     *Packages up to 150 lbs. / 68 kg*
*For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.*

☑ FedEx Intl. Priority     ☐ FedEx Intl. First *Available to select locations.*

☐ _____ FedEx Intl. Economy *FedEx Envelope and FedEx Pak rate not available.*

**5 Packaging**     *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

☑ FedEx Envelope     ☐ FedEx Pak     ☐ FedEx Box     ☐ FedEx Tube
☐ Other _____     ☐ FedEx 10kg Box*     ☐ FedEx 25kg Box*

**6 Special Handling**

☐ HOLD at FedEx Location     ☐ SATURDAY Delivery *Available to select locations for FedEx Intl. Priority only.*

**7 Payment**     Complete payment options for both transportation charges and duties and taxes.

*Bill transportation charges to:*     Enter FedEx Acct. No. or Credit Card No. below.

☑ Sender Acct No in Section I will be billed.     ☐ Recipient     ☐ Third Party     ☐ Credit Card     ☐ Cash Check/Cheque *FedEx Use Only*

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

*Bill duties and taxes to:*     ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.
     Enter FedEx Acct. No. below.

☑ Sender Acct No in Section I will be billed.     ☐ Recipient     ☐ Third Party

FedEx Acct. No.

**8 Your Internal Billing Reference**     *First 24 characters will appear on invoice.*

**9 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

*This is not authorization to deliver this shipment without a recipient signature.*

Net all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

ⵏ



March 23,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **804850946239**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | security | **Delivery location:** | PARDA TURSUN ULITSA DOM 19 |
| | | | TASHKENT 100105 |
| **Service type:** | FedEx International Priority | **Delivery date:** | Mar 9, 2016 17:00 |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.
Please check again later for a signature.

---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 804850946239 | **Ship date:** | Mar 3, 2016 |
| | | **Weight:** | 1.6 lbs/0.7 kg |

**Recipient:**
SHOHRUKH SABIROV
PARDA TURSUN ULITSA DOM 19
TASHKENT 100105 UZ

**Shipper:**
JAMIE LUDWIG
USDOJ/ASSET FORF   MONEY LAUND
1400 NEW YORK AVE NW RM 10100
WASHINGTON, DC 200052107 US

Thank you for choosing FedEx.



**FedEx Express** — *International Air Waybill*
For FedEx services worldwide.

/0033/0050/0011465272/7

**1  From** *Please print and press hard.*

Date **3/3/10**          Sender's FedEx Account Number

Sender's Name **Jamie Ludwig**          Phone **202-514-1263**

Company **USDOJ/ASSET FORF & MONEY LAUND**

Address

Address **1400 NEW YORK AVE NW RM 10100**

City **WASHINGTON**          State/Province **DC**

Country **US**          ZIP/Postal Code **200052107**

**2  To**

Recipient's Name **Sodikjon Solidjonov**          Phone

Company

Address **Yunus Abad Region**

Address **Adham Rakhmat Str. 2a**          Dept/Floor

City **Tashkent**          State/Province

Country **Uzbekistan**          ZIP/Postal Code **100200**

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required.

**3  Shipment Information**          ☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages **1**          Total **1**          lbs  kg          in.  cm

**4  Express Package Service**          *Packages up to 150 lbs./68 kg*
*For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill*

☑ FedEx Intl. Priority          ☐ FedEx Intl. First *Available to select locations.*

☐ _____          ☐ FedEx Intl. Economy *FedEx Envelope and FedEx Pak rate not available.*

**Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.**

**5  Packaging**          *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

☑ FedEx Envelope          ☐ FedEx Pak          ☐ FedEx Box          ☐ FedEx Tube
☐ Other _____          ☐ FedEx 10kg Box*          ☐ FedEx 25kg Box*

**6  Special Handling**

☐ HOLD at FedEx Location          ☐ SATURDAY Delivery *Available to select locations for FedEx Intl. Priority only.*

**7  Payment**          *Complete payment options for both transportation charges and duties and taxes.*

*Bill transportation charges to:*
— Enter FedEx Acct. No. or Credit Card No. below. —

☑ Sender Acct No. in Section 1 will be billed.          ☐ Recipient          ☐ Third Party          ☐ Credit Card          ☐ Cash/Check/Cheque *FedEx Use Only*

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

*Bill duties and taxes to:*          ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.
— Enter FedEx Acct. No. below. —

☑ Sender Acct No. in Section 1 will be billed.          ☐ Recipient          ☐ Third Party

FedEx Acct. No.

**8  Your Internal Billing Reference**          *First 24 characters will appear on invoice.*

**9  Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

*This is not authorization to deliver this shipment without a recipient signature.*

CL0



March 23,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **804850946103**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | security | **Delivery location:** | YUNUS ABAD REGION |
| | | | ADHAM RAKHMAT STR. 29 |
| | | | TASHKEAT 100200 |
| **Service type:** | FedEx International Priority | **Delivery date:** | Mar 9, 2016 17:00 |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 804850946103 | **Ship date:** | Mar 3, 2016 |
| | | **Weight:** | 1.6 lbs/0.7 kg |

**Recipient:**
SODIKJON SOKIBJONOV
YUNUS ABAD REGION
ADHAM RAKHMAT STR. 29
TASHKEAT 100200 UZ

**Shipper:**
JAMIE LUDWIG
USDOJ/ASSET FORF   MONEY LAUND
1400 NEW YORK AVE NW RM 10100
WASHINGTON, DC 200052107 US

Thank you for choosing FedEx.



**FedEx Express** **International Air Waybill** For FedEx services worldwide.

/0019/0050/0011465272/7

**1  From** *Please print and press hard.*

Date 02-19-16    Sender's FedEx Account Number ▮▮▮▮▮▮▮

Sender's Name  Jamie Ludwig    Phone 202-574-1263

Company  USDOJ/ASSET FORF & MONEY LAUND

Address

Address  1400 NEW YORK AVE NW RM 10100

City  WASHINGTON    State/Province  DC

Country  US    ZIP/Postal Code  200052107

**2  To**

Recipient's Name    Phone

Company  Takilant Limited

Address  Mirabadshiy R-N

Address  Uz Kunaeu, A 25    Dept./Floor

City  Tashkent    State/Province

Country  Uzbekistan    ZIP/Postal Code

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required.

**3  Shipment Information**    ☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages  1    Total  1    lbs.  kg    ☐ in.  cm

**4  Express Package Service**    *Packages up to 150 lbs. / 68 kg*
For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.

☒ FedEx Intl. Priority    ☐ FedEx Intl. First
Available to select locations.

☐    ☐ FedEx Intl. Economy
FedEx Envelope and FedEx Pak rate not available.

**5  Packaging**    *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

☒ FedEx Envelope    ☐ FedEx Pak    ☐ FedEx Box    ☐ FedEx Tube

☐ Other _____    ☐ FedEx 10kg Box*    ☐ FedEx 25kg Box*

**6  Special Handling**

☐ HOLD at FedEx Location    ☐ SATURDAY Delivery
Available to select locations for FedEx Intl. Priority only.

**7  Payment**    *Complete payment options for both transportation charges and duties and taxes.*

*Bill transportation charges to:*

Enter FedEx Acct. No. or Credit Card No. below.

☒ Sender Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Check/Cheque FedEx Use Only

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

*Bill duties and taxes to:*    ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.

Enter FedEx Acct. No. below.

☒ Sender Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party

FedEx Acct. No.

**8  Your Internal Billing Reference**    First 24 characters will appear on invoice.

**9  Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

*This is not authorization to deliver this shipment without a recipient signature.*

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.



March 23,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **804850945964**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Guard/Security Station |
| **Signed for by:** | TAHILANT LIM | **Delivery location:** | MIRABODSHIY R - N |
| | | | UZ KUNAEU , A 25 |
| | | | TASHKENT 524 |
| **Service type:** | FedEx International Priority | **Delivery date:** | Feb 23, 2016 15:30 |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.
Please check again later for a signature.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 804850945964 | **Ship date:** | Feb 19, 2016 |
| | | **Weight:** | 0.7 lbs/0.3 kg |

**Recipient:**
TAHILANT LIMITED
MIRABODSHIY R - N
UZ KUNAEU , A 25
TASHKENT 524 UZ

**Shipper:**
JAMIE LUDWIG
USDOJ/ASSET FORF   MONEY LAUND
1400 NEW YORK AVE NW RM 10100
WASHINGTON, DC 200052107 US

Thank you for choosing FedEx.



**International Air Waybill**
For FedEx services worldwide.

/0020/0050/0011465272/4

**1 From** *Please print and press hard.*

Date 02-19-16    Sender's FedEx Account Number

Sender's Name Jamie Ludwig    Phone 202-514-1263

Company USDOJ/ASSET FORF & MONEY LAUND

Address

Address 1400 NEW YORK AVE NW RM 10100

City WASHINGTON    State Province DC

Country US    ZIP Postal Code 200052107

**2 To**

Recipient's Name    Phone

Company Tahilant Limited

Address 25 Kunaev Street    Dept./Floor

Address Dom Stilya

City Tashkent    State Province

Country Uzbekistan    ZIP Postal Code 100015

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required.

**3 Shipment Information**    ☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages 1    Total 1    lbs. kg    in. cm

**4 Express Package Service**    Packages up to 150 lbs. / 68 kg
For packages over 150 lbs. 68 kg), use the FedEx Expanded Service Intl Air Waybill

☒ FedEx Intl. Priority    ☐ FedEx Intl. First
Available to select locations.

☐ FedEx Intl. Economy
FedEx Envelope and FedEx Pak rate not available.

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

**5 Packaging**    *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.

☒ FedEx Envelope    ☐ FedEx Pak    ☐ FedEx Box    ☐ FedEx Tube
☐ Other ___    ☐ FedEx 10kg Box*    ☐ FedEx 25kg Box*

**6 Special Handling**

☐ HOLD at FedEx Location    ☐ SATURDAY Delivery
Available to select locations for FedEx Intl. Priority only.

**7 Payment**    Complete payment options for both transportation charges and duties and taxes.

*Bill transportation charges to:*

Enter FedEx Acct. No. or Credit Card No. below.

☒ Sender Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash Check/Cheque
FedEx Use Only.

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

*Bill duties and taxes to:*    ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.

Enter FedEx Acct. No. below.

☒ Sender Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party

FedEx Acct. No.

**8 Your Internal Billing Reference**    First 24 characters will appear on invoice.

**9 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

*This is not authorization to deliver this shipment without a recipient signature.*

CL 0



March 23,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **804850945975**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Guard/Security Station |
| **Signed for by:** | TAHILANT LIM | **Delivery location:** | 25 KUNAEV STREET |
| | | | DOM STILYA |
| | | | TASHKSRT 100015 |
| **Service type:** | FedEx International Priority | **Delivery date:** | Feb 23, 2016 15:30 |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.
Please check again later for a signature.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 804850945975 | **Ship date:** | Feb 19, 2016 |
| | | **Weight:** | 0.7 lbs/0.3 kg |

**Recipient:**
TAKILONT LIMITED
25 KUNAEV STREET
DOM STILYA
TASHKSRT 100015 UZ

**Shipper:**
JAMIE LUDWIG
USDOJ/ASSET FORF MONEY LAUND
1400 NEW YORK AVE NW RM 10100
WASHINGTON, DC 200052107 US

Thank you for choosing FedEx.


**FedEx** *Express*  **International Air Waybill**  For FedEx services worldwide.

/0021/0050/0011465272/2

**1  From** *Please print and press hard.*

Date 02-19-16    Sender's FedEx Account Number

Sender's Name  Jamie Ludwig    Phone 202-514-1263

Company  USDOJ/ASSET FORF & MONEY LAUND

Address

Address  1400 NEW YORK AVE NW RM 10100

City WASHINGTON    State Province DC

Country US    ZIP Postal Code 200052107

**2  To**

Recipient's Name  C/O BVI Company Formation Ltd.    Phone

Company  Tozian Services Corp

Address  P.O. Box 146

Address    Dept/Floor

City  Road Town    State Province Tortola

Country  British Virgin Islands    ZIP Postal Code

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required.

**3  Shipment Information**    ☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages 1    Total 1    lbs. kg    in. cm
Shipper's Load and

**4  Express Package Service**    Packages up to 150 lbs./68 kg
For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill

☒ FedEx Intl. Priority    ☐ FedEx Intl. First
Available to select locations.

☐ _____    ☐ FedEx Intl. Economy
FedEx Envelope and FedEx Pak
rate not available.

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

**5  Packaging**    *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

☒ FedEx Envelope    ☐ FedEx Pak    ☐ FedEx Box    ☐ FedEx Tube

☐ Other _____    ☐ FedEx 10kg Box*    ☐ FedEx 25kg Box*

**6  Special Handling**

☐ HOLD at FedEx Location    ☐ SATURDAY Delivery
Available to select locations for FedEx Intl. Priority only.

**7  Payment**    Complete payment options for both transportation charges and duties and taxes.

*Bill transportation charges to:*
┌─ Enter FedEx Acct. No. or Credit Card No. below. ─┐

☒ Sender Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash Check/Cheque
FedEx Use Only

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

*Bill duties and taxes to:*    ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.
┌─ Enter FedEx Acct. No. below. ─┐

☒ Sender Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party

FedEx Acct. No.

**8  Your Internal Billing Reference**    First 24 characters will appear on invoice.

**9  Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

*This is not authorized to deliver this shipment without a recipient signature.*

5LA



March 23,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **804850945986**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | S.GUMBS | **Delivery location:** | TRIDENT |
| | | | RUAD TOWN TORTOLA 472 |
| **Service type:** | FedEx International Priority | **Delivery date:** | Feb 22, 2016 14:09 |
| **Special Handling:** | Deliver Weekday | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 804850945986 | **Ship date:** | Feb 19, 2016 |
| | | **Weight:** | 0.7 lbs/0.3 kg |

**Recipient:**
C/O BVI COMPANY FORMATION   LTD.
TOZIAN SERVICES CORP
P.O. BOX 146
RUAD TOWN TORTOLA 472 VG

**Shipper:**
JAMIE LUDWIG
USDOJ/ASSET FORF   MONEY LAUND
1400 NEW YORK AVE NW RM 10100
WASHINGTON, DC 200052107 US

Thank you for choosing FedEx.



**FedEx Express** **International Air Waybill** For FedEx services worldwide.

/0027/0050/0011465272/0

**1  From** *Please print and press hard.*

Date 02-16-19    Sender's FedEx Account Number ▮▮▮▮▮▮

Sender's Name Jamie Ludwig    Phone 202-514-1263

Company USDOJ/ASSET FORF & MONEY LAUND

Address

Address 1400 NEW YORK AVE NW RM 10100

City WASHINGTON    State/Province DC

Country US    ZIP Postal Code 200052107

**2  To**

Recipient's Name    Phone

Company Tozian Services Corp.

Address Trident Chambers

Address P.O. Box 146    Dept/Floor

City Road Town    State/Province Tortola

Country British Virgin Islands    ZIP Postal Code

Recipient's Tax ID Number for Customs Purposes
*e.g., GST/RFC/VAT/AN/EIN/ABN, or as locally required.*

**3  Shipment Information**    ☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages |    Total |    ☐ lbs ☐ kg    ☐ in ☐ cm
Shipper's Load and

**4  Express Package Service**    *Packages up to 150 lbs./68 kg*
*For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.*

☒ FedEx Intl. Priority    ☐ FedEx Intl. First *Available to select locations.*

☐ _____    ☐ FedEx Intl. Economy *FedEx Envelope and FedEx Pak rate not available.*

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

**5  Packaging**    *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

☒ FedEx Envelope    ☐ FedEx Pak    ☐ FedEx Box    ☐ FedEx Tube

☐ Other _____    ☐ FedEx 10kg Box*    ☐ FedEx 25kg Box*

**6  Special Handling**

☐ HOLD at FedEx Location    ☐ SATURDAY Delivery *Available to select locations for FedEx Intl. Priority only.*

**7  Payment**    *Complete payment options for both transportation charges and duties and taxes.*

*Bill transportation charges to:*

——— Enter FedEx Acct. No. or Credit Card No. below. ———

☒ Sender Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash Check/Cheque *FedEx Use Only*

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

*Bill duties and taxes to:*    ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.

——— Enter FedEx Acct. No. below. ———

☒ Sender Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party

FedEx Acct. No.

**8  Your Internal Billing Reference**    First 24 characters will appear on invoice.

**9  Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

*This is not authorization to deliver this shipment without a recipient signature.*

SLA



March 23,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **804850946044**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | S.GUMBS | **Delivery location:** | TRIDENT |
| | | | ROAD TOWN TORTOLA |
| **Service type:** | FedEx International Priority | **Delivery date:** | Feb 22, 2016 14:09 |
| **Special Handling:** | Deliver Weekday | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 804850946044 | **Ship date:** | Feb 19, 2016 |
| | | **Weight:** | 0.7 lbs/0.3 kg |

**Recipient:**
TOZIAN SERVICES CORP.
TRIDENT CHAMBERS
P.O. BOX 146
ROAD TOWN TORTOLA VG

**Shipper:**
JAMIE LUDWIG
USDOJ/ASSET FORF   MONEY LAUND
1400 NEW YORK AVE NW RM 10100
WASHINGTON, DC 200052107 US

Thank you for choosing FedEx.

Page 1 of 1

ORIGIN ID:BEZSA
JAMIE LUDWIG
1400 NEW YORK AVE NW
SUITE 1100
WASHINGTON, DC 20005
UNITED STATES US

(202) 598-6206

SHIP DATE: 19FEB16
ACTWGT:1.00 LB
CAD: 107362375/INET9730

TO REP. OF UZBEKISTAN C/O VINCENT LEVY
HOLWELL SHUSTER & GOLDBERG LLP
750 SEVENTH AVENUE
26TH FLOOR
NEW YORK NY 10019
(646) 837-5151

BILL SENDER

**SB QNYA**

TRK# 7756 8861 5939

MON - 22 FEB 10:30A
PRIORITY OVERNIGHT

10019
NY-US     EWR

540J1/9707/72F

FedEx Express

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html



March 23,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **775688615939**.

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Shipping/Receiving |
| Signed for by: | S.SINGLE | Delivery location: | 750 7TH AVE |
| | | | NEW YORK, NY 10019 |
| Service type: | FedEx Priority Overnight | Delivery date: | Feb 22, 2016 08:48 |
| Special Handling: | Deliver Weekday | | |



**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 775688615939 | Ship date: | Feb 19, 2016 |
| | | Weight: | 1.0 lbs/0.5 kg |

Recipient:
Rep. of Uzbekistan c/o Vincent Levy
Holwell Shuster & Goldberg LLP
750 Seventh Avenue
26th Floor
NEW YORK, NY 10019 US

Shipper:
Jamie Ludwig
1400 New York Ave NW
Suite 10100
Washington, DC 20005 US

Thank you for choosing FedEx.