# Exhibit D

 **FedEx Express** *International Air Waybill* For FedEx services worldwide.

/0023/0050/0011465272/8

**1 From** *Please print and press hard.*

Date 3/3/16    Sender's FedEx Account Number ████████

Sender's Name Jamie Ludwig    Phone 202-514-1263

Company USDOJ/ASSET FORF & MONEY LAUND

Address

Address 1400 NEW YORK AVE NW RM 10100

City WASHINGTON    State Province DC

Country US    ZIP Postal Code 20005-2107

**2 To**

Recipient's Name Gayane Avakyan    Phone

Company C/0: Tomas Rothpfeffer, Sju Advokater KB

Address Box 22016

Dept/Floor

Address

City Stockholm    State Province

Country Sweden    ZIP Postal Code 104 22

Recipient's Tax ID Number for Customs Purposes
*e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required.*

**3 Shipment Information**    ☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages 1    Total 1    lbs. kg    in. cm

**4 Express Package Service**    *Packages up to 150 lbs. / 68 kg* For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.

☒ FedEx Intl. Priority    ☐ FedEx Intl. First *Available to select locations.*

☐ _ _ _    ☐ FedEx Intl. Economy *FedEx Envelope and FedEx Pak rate not available.*

**5 Packaging**    *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

☒ FedEx Envelope    ☐ FedEx Pak    ☐ FedEx Box    ☐ FedEx Tube

☐ Other _____    ☐ FedEx 10kg Box*    ☐ FedEx 25kg Box*

**6 Special Handling**

☐ HOLD at FedEx Location    ☐ SATURDAY Delivery *Available to select locations for FedEx Intl. Priority only.*

**7 Payment**    *Complete payment options for both transportation charges and duties and taxes.*

*Bill transportation charges to:*    Enter FedEx Acct. No. or Credit Card No. below.

☒ Sender Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash Check/Cheque *FedEx Use Only*

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

*Bill duties and taxes to:*    ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.

Enter FedEx Acct. No. below.

☒ Sender Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party

FedEx Acct. No.

**8 Your Internal Billing Reference**    *First 24 characters will appear on invoice.*

**9 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. **WARNING:** These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

*This is not authorization to deliver this shipment without a recipient signature.*

**Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.**

5L-A

Track your package or shipment with FedEx Tracking

**FedEx.**  Shipping | Tracking | Manage | Learn | FedEx Office ®    Login

**IMPORTANT!**
**Government security measures in Brussels may cause delays and disruptions.** Learn More

FedEx ® Tracking

---

**804850946000**

| | |
|---|---|
| Ship date: | Scheduled delivery: |
| **Thu 3/03/2016** | **Pending** |
| WASHINGTON, DC US | STOCKHOLM, SE SE |

**Delivery exception**
*STOCKHOLM-ARLANDA, SE*

---

**Unable to deliver shipment, returned to shipper**

**Recommended action:**
No action is required. The package is being returned to the shipper.

**No scheduled delivery date available at this time.**

---

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **3/15/2016 - Tuesday** | | |
| 12:49 pm | Returning package to shipper | STOCKHOLM-ARLANDA SE |
| | Return tracking number 634791883073 | |
| 8:06 am | At local FedEx facility | STOCKHOLM-ARLANDA SE |
| **3/14/2016 - Monday** | | |
| 9:37 am | At local FedEx facility | STOCKHOLM-ARLANDA SE |
| **3/11/2016 - Friday** | | |
| 8:32 am | At local FedEx facility | STOCKHOLM-ARLANDA SE |
| **3/10/2016 - Thursday** | | |
| 9:41 am | At local FedEx facility | STOCKHOLM-ARLANDA SE |
| **3/09/2016 - Wednesday** | | |
| 7:50 am | At local FedEx facility | STOCKHOLM-ARLANDA SE |
| **3/08/2016 - Tuesday** | | |
| 9:57 am | At local FedEx facility | STOCKHOLM-ARLANDA SE |
| **3/07/2016 - Monday** | | |
| 9:21 am | At local FedEx facility | STOCKHOLM-ARLANDA SE |
| **3/06/2016 - Sunday** | | |
| 9:47 pm | At local FedEx facility | STOCKHOLM-ARLANDA SE |
| **3/04/2016 - Friday** | | |
| 11:10 pm | In transit | ROISSY CHARLES DE GAULLE CEDEX FR |
| 9:50 pm | Departed FedEx location | ROISSY CHARLES DE GAULLE CEDEX FR |
| 8:06 pm | In transit | ROISSY CHARLES DE GAULLE CEDEX FR |
| 8:06 pm | Arrived at FedEx location | ROISSY CHARLES DE GAULLE CEDEX FR |
| 1:05 am | Arrived at FedEx location | INDIANAPOLIS, IN |
| **3/03/2016 - Thursday** | | |
| 9:15 pm | Left FedEx origin facility | WASHINGTON, DC |
| 7:34 pm | Picked up | WASHINGTON, DC |
| 7:24 pm | Picked up | WASHINGTON, DC |
| | Tendered at FedEx Office | |

## Shipment Facts

| | | | |
|---|---|---|---|
| **Tracking number** | 804850946000 | **Service** | FedEx International Priority |
| **Weight** | 1.2 lbs / 0.54 kgs | **Total pieces** | 1 |
| **Total shipment weight** | 1.2 lbs / 0.54 kgs | **Terms** | Shipper |
| **Packaging** | FedEx Pak | **Special handling section** | Deliver Weekday |

 **FedEx Express** **International Air Waybill** For FedEx services worldwide.

/0044/0050/0011465272/4

**1 From** *Please print and press hard.*

Date 3/3/16

Sender's FedEx Account Number [redacted]

Sender's Name Jamie Ludwig   Phone 202-514-2063

Company USDOJ/ASSET FORF & MONEY LAUND

Address

Address 1400 NEW YORK AVE NW RM 10100

City WASHINGTON   State/Province DC

Country US   ZIP/Postal Code 2000521107

**2 To**

Recipient's Name Shokrukh Sabirov   Phone

Company

Address 148 Connaught Road   Dept./Floor

Address

City Central   State/Province

Country Hong Kong   ZIP/Postal Code

Recipient's Tax ID Number for Customs Purposes e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required.

**3 Shipment Information**

☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages 1   Total 1   lbs. kg   in. cm

**4 Express Package Service**   Packages up to 150 lbs. / 68 kg For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.

☒ FedEx Intl. Priority

☐ FedEx Intl. First Available to select locations

☐ _____ ☐ FedEx Intl. Economy FedEx Envelope and FedEx Pak rate not available.

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

**5 Packaging**   *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.

☒ FedEx Envelope  ☐ FedEx Pak  ☐ FedEx Box  ☐ FedEx Tube

☐ Other _____  ☐ FedEx 10kg Box*  ☐ FedEx 25kg Box*

**6 Special Handling**

☐ HOLD at FedEx Location   ☐ SATURDAY Delivery Available to select locations for FedEx Intl. Priority only.

**7 Payment**   Complete payment options for both transportation charges and duties and taxes.

*Bill transportation charges to:*

Enter FedEx Acct. No. or Credit Card No. below.

☒ Sender Acct. No. in Section 1 will be billed.  ☐ Recipient  ☐ Third Party  ☐ Credit Card  ☐ Cash Check/Cheque

FedEx Use Only

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

*Bill duties and taxes to:*   ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.

Enter FedEx Acct. No. below.

☒ Sender Acct. No. in Section 1 will be billed.  ☐ Recipient  ☐ Third Party

FedEx Acct. No.

**8 Your Internal Billing Reference**   First 24 characters will appear on invoice.

**9 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

*This is not authorization to deliver this shipment without a recipient signature.*

Case 1:16-cv-01257-LJL   Document 15-4   Filed 06/23/16   Page 5 of 9

My Profile | Support | Locations | English | Search Subr

**FedEx**   Shipping | Tracking | Manage | Learn | FedEx Office ®   Login

**IMPORTANT!**
**Government security measures in Brussels may cause delays and disruptions.** Learn More

## FedEx ॐ Tracking

| **804850946217** | |
|---|---|
| Ship date: | Scheduled delivery: |
| **Thu 3/03/2016** | **Pending** |
| WASHINGTON, DC US | CENTRAL UZ |

**Delivery exception**
*KENNEDY TOWN, HK*

---

**Unable to deliver shipment, returned to shipper**

**Recommended action:**
No action is required. The package is being returned to the shipper.

---

**No scheduled delivery date available at this time.**

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **3/11/2016 - Friday** | | |
| 6:23 pm | Returning package to shipper  Return tracking number 650650100450 | KENNEDY TOWN HK |
| **3/10/2016 - Thursday** | | |
| 6:03 pm | At local FedEx facility | KENNEDY TOWN HK |
| **3/09/2016 - Wednesday** | | |
| 6:19 pm | At local FedEx facility | KENNEDY TOWN HK |
| **3/08/2016 - Tuesday** | | |
| 8:05 pm | At local FedEx facility | KENNEDY TOWN HK |
| **3/07/2016 - Monday** | | |
| 6:39 pm | At local FedEx facility | KENNEDY TOWN HK |
| 10:45 am | Delivery exception  Incorrect address - Recipient moved | KENNEDY TOWN HK |
| 7:55 am | At local FedEx facility | KENNEDY TOWN HK |
| **3/05/2016 - Saturday** | | |
| 8:08 pm | In transit | LANTAU ISLAND HK |
| 8:08 pm | International shipment release - Import | LANTAU ISLAND HK |
| 5:41 pm | At destination sort facility | CHEK LAP KOK HK |
| **3/04/2016 - Friday** | | |
| 11:41 am | Departed FedEx location | ANCHORAGE, AK |
| 7:09 am | Arrived at FedEx location | ANCHORAGE, AK |
| 3:28 am | Departed FedEx location | MEMPHIS, TN |
| 12:27 am | Arrived at FedEx location | MEMPHIS, TN |
| **3/03/2016 - Thursday** | | |
| 9:19 pm | Left FedEx origin facility | WASHINGTON, DC |
| 7:34 pm | Picked up | WASHINGTON, DC |
| 7:12 pm | Picked up  Tendered at FedEx Office | WASHINGTON, DC |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 804850946217 | Service | FedEx International Priority |
| Weight | 0.8 lbs / 0.36 kgs | Total pieces | 1 |
| Total shipment weight | 0.8 lbs / 0.36 kgs | Terms | Shipper |
| Packaging | FedEx Pak | Special handling section | Deliver Weekday |

**FedEx**

Search  Subr



**FedEx** Express

*International Air Waybill*
For FedEx services worldwide.

/0017/0050/0011465272/1

**1  From** *Please print and press hard.*

Date 02/19/16    Sender's FedEx Account Number

Sender's Name  Jamie Ludwig    Phone 202-514-1263

Company  USDOJ/ASSET FORF & MONEY LAUND

Address

Address  1400 NEW YORK AVE NW RM 10100

City  WASHINGTON    State Province  DC

Country  US    ZIP Postal Code  200052107

**2  To**

Recipient's Name  Tahilant Limited    Phone

Company  Form-A-Co (Gibraltar) Ltd.

Address  P.O. Box 563    Suites 41/42
Dept./Floor

Address  Victoria House, 26 Main Street

City    State Province

Country  Gibraltar    ZIP Postal Code

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required.

**3  Shipment Information**    ☐ For EU Only. Tick here if goods are not in free circulation and provide C.I.

Total Packages  1    Total  1    lbs.  kg    in.  cm

**4  Express Package Service**    *Packages up to 150 lbs. / 68 kg*
*For packages over 150 lbs. /68 kg, use the FedEx Expanded Service Intl. Air Waybill*

☒ FedEx Intl. Priority    ☐ FedEx Intl. First
Available to select locations.

☐    ☐ FedEx Intl. Economy
FedEx Envelope and FedEx Pak rate not available.

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

**5  Packaging**    *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

☒ FedEx Envelope    ☐ FedEx Pak    ☐ FedEx Box    ☐ FedEx Tube
☐ Other _____    ☐ FedEx 10kg Box*    ☐ FedEx 25kg Box*

**6  Special Handling**

☐ HOLD at FedEx Location    ☐ SATURDAY Delivery
Available to select locations for FedEx Intl. Priority only.

**7  Payment**    *Complete payment options for both transportation charges and duties and taxes.*

*Bill transportation charges to:*

Enter FedEx Acct. No. or Credit Card No. below.

☒ Sender Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash Check/Cheque
FedEx Use Only

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

*Bill duties and taxes to:*    ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.

Enter FedEx Acct. No. below.

☒ Sender Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party

FedEx Acct. No.

**8  Your Internal Billing Reference**    First 24 characters will appear on invoice.

**9  Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

This is not authorization to deliver this shipment without a recipient signature.

☐ l ☐

FedEx

| Shipping | Tracking | Manage | Learn | | FedEx Office ® |

My Profile | Support | Locations | English | Search or tracking number | Subr

Login

**IMPORTANT!**
**FedEx is closely monitoring Tropical Storm Colin.** Learn More

## In Progress

| Tracking No.or Nickname | Shipper city, state | Origin Terminal | Ship date | Status | Recipient city, state | Scheduled delivery date |
|---|---|---|---|---|---|---|
| 804850946217 | WASHINGTON, DC | WASHINGTON, DC | 3/03/2016 | | CENTRAL | Pending |
| 804850945942 | WASHINGTON, DC | WASHINGTON, DC | 2/19/2016 | | GIB | Pending |

| In Progress | Showing 2 of 2 |
|---|---|

### 804850945942

Ship date:
**Fri 2/19/2016**

Scheduled delivery:
**Pending**

WASHINGTON, DC US

**Delivery exception**
*GIBRALTAR, GI*

GIB GI

---

**Refused by recipient**

**Recommended action:**
Call Shipper/Recipient to resolve problem, then contact us at
http://www.fedex.com/us/customersupport/call/index.html to advise FedEx of needed action.

---

**No scheduled delivery date available at this time.**

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **2/22/2016 - Monday** | | |
| 3:51 pm | Delivery exception Refused by recipient | GIBRALTAR GI |
| 11:45 am | In transit Package available for clearance | GIBRALTAR GI |
| 11:45 am | International shipment release - Import | GIBRALTAR GI |
| **2/21/2016 - Sunday** | | |
| 7:41 am | In transit | POYLE GB |
| 4:10 am | In transit | POYLE GB |
| 12:36 am | In transit | STANSTED GB |
| **2/20/2016 - Saturday** | | |
| 8:49 pm | In transit | STANSTED GB |
| 5:26 am | In transit | MEMPHIS, TN |
| 4:46 am | Departed FedEx location | MEMPHIS, TN |
| 1:48 am | In transit | MEMPHIS, TN |
| 12.21 am | Arrived at FedEx location | MEMPHIS, TN |
| **2/19/2016 - Friday** | | |
| 9:34 pm | Left FedEx origin facility | WASHINGTON, DC |
| 7:44 pm | Picked up | WASHINGTON, DC |
| 6:59 pm | Picked up Tendered at FedEx Office | WASHINGTON, DC |

## Shipment Facts

| | | | | |
|---|---|---|---|---|
| Tracking number | 804850945942 | Service | FedEx International Priority | |
| | | Total pieces | 1 | |
| Weight | 0.7 lbs / 0.32 kgs | Terms | Shipper | |
| Total shipment weight | 0.7 lbs / 0.32 kgs | Special handling section | Deliver Weekday | |
| Packaging | FedEx Pak | | | |

 **Express** *International Air Waybill*
*For FedEx services worldwide.*

/0024/0050/0011465272/6

---

**1  From**  *Please print and press hard.*

Date **3/3/16**   Sender's FedEx Account Number ▮▮▮▮▮▮▮▮

Sender's Name **Jamie Ludwig**   Phone **202-514 - 1263**

Company **USDOJ/ASSET FORF & MONEY LAUND**

Address

Address **1400 NEW YORK AVE NW RM 10100**

City **WASHINGTON**   State Province **DC**

Country **US**   ZIP Postal Code **200052107**

**2  To**

Recipient's Name **Takilant Limited**   Phone

Company **C/0: Tomas Rothpfeffr, Sjo Advokater KB**

Address **Box 22016**

Dept./Floor

Address

City **Stockholm**   State Province

Country **Sweden**   ZIP Postal Code **104 22**

Recipient's Tax ID Number for Customs Purposes
*e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required.*

**3  Shipment Information**   ☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages **1**   Total **1**   lbs. kg   in. cm

---

**4  Express Package Service**   *Packages up to 150 lbs./68 kg*
*For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.*

☒ FedEx Intl. Priority   ☐ FedEx Intl. First
*Available to select locations.*

☐   ☐ FedEx Intl. Economy
*FedEx Envelope and FedEx Pak rate not available.*

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

**5  Packaging**   *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

☒ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube

☐ Other _____   ☐ FedEx 10kg Box*   ☐ FedEx 25kg Box*

**6  Special Handling**

☐ HOLD at FedEx Location   ☐ SATURDAY Delivery
*Available to select locations for FedEx Intl. Priority only.*

**7  Payment**   *Complete payment options for both transportation charges and duties and taxes.*

*Bill transportation charges to:*

Enter FedEx Acct. No. or Credit Card No. below.

☒ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash Check/Cheque
*FedEx Use Only*

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

*Bill duties and taxes to:*   ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.

Enter FedEx Acct. No. below.

☒ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party

FedEx Acct. No.

**8  Your Internal Billing Reference**   *First 24 characters will appear on invoice.*

**9  Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. **WARNING:** These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

*This is not authorization to deliver this shipment without a recipient signature.*

## 804850946011

| Ship date: | | Scheduled delivery: |
|---|---|---|
| **Thu 3/03/2016** | | **Pending** |
| WASHINGTON, DC US | **Delivery exception** | STOCKHOLM, SE SE |
| | *STOCKHOLM-ARLANDA, SE* | |

### Unable to deliver shipment, returned to shipper

**Recommended action:**
No action is required. The package is being returned to the shipper.

**No scheduled delivery date available at this time.**

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **3/15/2016 - Tuesday** | | |
| 12:49 pm | Returning package to shipper Return tracking number 6347918830 | STOCKHOLM-ARLANDA SE |
| 8:06 am | At local FedEx facility | STOCKHOLM-ARLANDA SE |
| **3/14/2016 - Monday** | | |
| 9:37 am | At local FedEx facility | STOCKHOLM-ARLANDA SE |
| **3/11/2016 - Friday** | | |
| 8:32 am | At local FedEx facility | STOCKHOLM-ARLANDA SE |
| **3/10/2016 - Thursday** | | |
| 9:41 am | At local FedEx facility | STOCKHOLM-ARLANDA SE |
| **3/09/2016 - Wednesday** | | |
| 7:50 am | At local FedEx facility | STOCKHOLM-ARLANDA SE |
| **3/08/2016 - Tuesday** | | |
| 9:57 am | At local FedEx facility | STOCKHOLM-ARLANDA SE |
| **3/07/2016 - Monday** | | |
| 9:21 am | At local FedEx facility | STOCKHOLM-ARLANDA SE |
| 7:43 am | International shipment release - Import | STOCKHOLM-ARLANDA SE |
| **3/06/2016 - Sunday** | | |
| 9:49 pm | At local FedEx facility | STOCKHOLM-ARLANDA SE |
| **3/04/2016 - Friday** | | |
| 11:10 pm | In transit | ROISSY CHARLES DE GAULLE CEDEX FR |
| 10:22 pm | Departed FedEx location | ROISSY CHARLES DE GAULLE CEDEX FR |
| 8:28 pm | In transit | ROISSY CHARLES DE GAULLE CEDEX FR |
| 7:17 pm | Arrived at FedEx location | ROISSY CHARLES DE GAULLE CEDEX FR |
| 5:38 am | Departed FedEx location | INDIANAPOLIS, IN |
| 5:10 am | In transit | INDIANAPOLIS, IN |
| 3:05 am | In transit | INDIANAPOLIS, IN |
| 1:05 am | Arrived at FedEx location | INDIANAPOLIS, IN |
| **3/03/2016 - Thursday** | | |
| 9:15 pm | Left FedEx origin facility | WASHINGTON, DC |
| 7:34 pm | Picked up | WASHINGTON, DC |
| 7:17 pm | Picked up Tendered at FedEx Office | WASHINGTON, DC |

## Shipment Facts

| | | | |
|---|---|---|---|
| **Tracking number** | 804850946011 | **Service** | FedEx International Priority |
| **Weight** | 1.2 lbs / 0.54 kgs | **Total pieces** | 1 |
| **Total shipment weight** | 1.2 lbs / 0.54 kgs | **Terms** | Shipper |
| **Packaging** | FedEx Pak | **Special handling section** | Deliver Weekday |

FedEx.

Search   Subm

United States - English

| Customer Focus | Featured Services | Companies | Follow FedEx |
|---|---|---|---|
| New Customer Center | FedEx Delivery Manager | FedEx Express | |
| Small Business Center | FedEx SameDay | FedEx Ground | |