# Exhibit F

# AFFIDAVIT

I, BETSY BURKE, declare as follows:

1. I am a Senior Trial Attorney in the Office of International Affairs, Criminal Division, of the United States Department of Justice.

2. On March 8, 2016, the United States sent a request for assistance to the Republic of Uzbekistan, pursuant to the United Nations Convention Against Corruption, requesting that the Uzbek Authorities deliver copies of the Verified Complaint for Forfeiture *In Rem*, Notice of Complaint of Forfeiture, and the Electronic Case Filing Rules & Instructions to Gulnara Karimova, Gayane Avakyan, and Rustam Madumarov in Uzbekistan at their places of incarceration or residence, wherever they may physically be present.

3. The Notices of Complaint of Forfeiture stated that, in order to contest the forfeiture, Gulnara Karimova, Gayane Avakyan, and Rustam Madumarov were required to file a claim pursuant to Rule G of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions with the Clerk of Court no later than April 20, 2016.

I declare, under the penalty of perjury, that the foregoing is true to the best of my knowledge.

Executed on June 17, 2016, at Washington, D.C.

Betsy E. Burke
Senior Trial Attorney
Office of International Affairs