UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
United States of America,

                Plaintiff,

      v.                                        1:15-cv-05063 (LJL)

All Assets Held in Account Numbers 102162418400, 102162418260, and 102162419780 at Bank of New York Mellon SA/NV, et al.

                Defendants *in rem*.
------------------------------------------------------------ x
------------------------------------------------------------ x
United States of America,

                Plaintiff,

      v.                                        1:16-cv-01257 (LJL)

All funds held in Account Number CH1408760000050335300 at Lombard Odier Darier Hentsch & Cie Bank, Switzerland, on behalf of Takilant Limited, et al.,

                Defendants *in rem*.
------------------------------------------------------------ x

## JOINT STATUS REPORT

The United States of America and Claimant Republic of Uzbekistan (the "Parties") respectfully submit the following Joint Status Report in accordance with the Court's order dated July 6, 2021. (*See* Case No. 1:15-cv-05063, Dkt. No. 80 and Case No. 1:16-cv-01257, Dkt. No. 58.)

    **1.**    To date, the United States has arrested approximately $5.83 million USD pursuant to arrest warrants issued on April 2, 2021, and November 14, 2019. (*See* Case No. 1:15-cv-05063, Dkt. No. 72; no docket entry in Case No. 1:15-cv-05063 for the warrant dated November 14, 2019.)

2.      The remaining assets at issue in the above-captioned actions are currently frozen overseas.  Final disposition of the overseas assets, however, is complicated by the fact that, in some instances, they are subject to separate foreign proceedings.

3.      The Parties remain committed to reaching an agreement to resolve these actions.  The Parties are in regular contact—through undersigned counsel and diplomatic channels—to facilitate their ongoing settlement discussions.  The Parties also continue to be in contact with foreign authorities regarding the progress of parallel foreign proceedings covering the same assets.

4.      Since the Parties filed their previous Joint Status Report on April 30, 2021, Uzbekistan has responded to several requests for information from the United States, in furtherance of the Parties' ongoing settlement discussions.  In mid-September, the United States requested additional information from Uzbekistan.  Uzbekistan has responded to the majority of these requests and is currently compiling additional information from its government agencies.

5.      The Parties anticipate they require at least six more months to address the various complicated issues necessary for settlement.

6.      Accordingly, the Parties will file a stipulation requesting a further extension of the stay concurrently with the submission of this Joint Status Report.

//

//

//

Dated: October 5, 2021

        DEBORAH CONNOR
        CHIEF, MONEY LAUNDERING AND ASSET
        RECOVERY SECTION

        By: */s/ Alison A. Yewdell*
        DANIEL H. CLAMAN
        Principal Deputy Chief, International Unit
        MICHAEL W. KHOO
        ALISON A. YEWDELL
        Trial Attorneys
        Money Laundering and Asset Recovery Section
        United States Department of Justice
        1400 New York Avenue, NW
        Bond Building, Suite 10100
        Washingon, DC 200005
        Telephone: (202) 616-1674
        Facsimile: (202) 616-2547
        Email:    alison.yewdell@usdoj.gov

        Attorneys for Plaintiff
        UNITED STATES OF AMERICA


        HOLWELL SHUSTER & GOLDBERG LLP

        By: */s/ Andrei Vrabie*
           Richard J. Holwell (rholwell@hsgllp.com)
           Vincent Levy (vlevy@hsgllp.com)
           Andrei Vrabie (avrabie@hsgllp.com)
           425 Lexington Avenue, 14th Floor
           New York, NY 10017
           (646) 837-5151

        Attorneys for Claimant
        REPUBLIC OF UZBEKISTAN